CASE-MANAGER-KNOWLES,CASE-REFERRED

# U.S. District Court
## Middle District of Tennessee (Nashville)
## CIVIL DOCKET FOR CASE #: 3:11-cv-00992

Blitz v. AgFeed Industries, Inc. et al
Assigned to: District Judge Todd J. Campbell
Referred to: Magistrate Judge E. Clifton Knowles
related Cases:  3:11-cv-01069
                3:11-cv-01223
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 10/18/2011
Date Terminated: 12/08/2014
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**

**Lawrence Blitz**
*on Behalf of Himself and All Others*
*Similarly Situated*

represented by **Brian J. Robbins**
Robbins Arroyo LLP
5040 Shoreham Place
San Diego, CA 92122
(619) 525-3990
Fax: (619) 525-3991
Email: notice@robbinsarroyo.com
*ATTORNEY TO BE NOTICED*

**Conrad B. Stephens**
Robbins Arroyo LLP
5040 Shoreham Place
San Diego, CA 92122
(619) 525-3990
Fax: (619) 525-3991
Email: cstephens@robbinsarroyo.com
*ATTORNEY TO BE NOTICED*

**Gregory E. Del Gaizo**
Robbins Arroyo LLP
5040 Shoreham Place
San Diego, CA 92122
(619) 525-3990
Fax: (619) 525-3991
Email: gdelgaizo@robbinsarroyo.com
*ATTORNEY TO BE NOTICED*

**James A. Crumlin , Jr.**
Bone, McAllester & Norton, PLLC
511 Union Street
Suite 1600
Nashville, TN 37219
(615) 238-6300
Email: jcrumlin@bonelaw.com
*ATTORNEY TO BE NOTICED*

**Jeremy A. Lieberman**

Pomerantz LLP (NY Office)
600 Third Avenue
20th Floor
New York, NY 10016
(212) 661-1100
Fax: (212) 661-8665
Email: jalieberman@pomlaw.com
*ATTORNEY TO BE NOTICED*

**Joshua B. Silverman**
Pomerantz, Haudek, Grossman & Gross,
LLP (Chicago)
10 S LaSalle Street
Suite 3505
Chicago, IL 60603
Email: jbsilverman@pomlaw.com
*ATTORNEY TO BE NOTICED*

**Keith C. Dennen**
Farris Bobango, PLC
414 Union Street
Suite 1105
Nashville, TN 37219
(615) 726-1200
Fax: (615) 726-1776
Email: kdennen@farris-law.com
*ATTORNEY TO BE NOTICED*

**Leigh Handelman Smollar**
Pomerantz LLP (Chicago Office)
10 S LaSalle Street
Suite 3505
Chicago, IL 60603
(312) 377-1181
Fax: (312) 377-1184
Email: lsmollar@pomlaw.com
*ATTORNEY TO BE NOTICED*

**Louis C. Ludwig**
Pomerantz, Haudek, Grossman & Gross,
LLP (Chicago)
10 S LaSalle Street
Suite 3505
Chicago, IL 60603
Email: lcludwig@pomlaw.com
*ATTORNEY TO BE NOTICED*

**Marc I. Gross**
Pomerantz, Haudek, Grossman & Gross,
LLP
100 Park Avenue
26th Floor
New York, NY 10017-5516
(212) 661-1100

Email: migross@pomlaw.com
*ATTORNEY TO BE NOTICED*

**Michele E. Rose**
Latham & Watkins
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304
(202) 637-2200
Fax: (202) 637-2201
Email: michele.rose@lw.com
*TERMINATED: 02/21/2014*

**Patrick V. Dahlstrom**
Pomerantz LLP (Chicago Office)
10 S LaSalle Street
Suite 3505
Chicago, IL 60603
(312) 377-1181
Fax: (312) 377-1184
Email: pdahlstrom@pomlaw.com
*ATTORNEY TO BE NOTICED*

**Paul Kent Bramlett**
Bramlett Law Offices
40 Burton Hills Blvd.
Suite 200
P O Box 150734
Nashville, TN 37215
(615) 248-2828
Fax: (615) 254-4116
Email: pknashlaw@aol.com
*ATTORNEY TO BE NOTICED*

**Robert P. Bramlett**
Bramlett Law Offices
40 Burton Hills Blvd.
Suite 200
P O Box 150734
Nashville, TN 37215
(615) 248-2828
Fax: (615) 254-4116
Email: robert@bramlettlawoffices.com
*ATTORNEY TO BE NOTICED*

**Sara E. Fuks**
Email: sfuks@rosenlegal.com
*ATTORNEY TO BE NOTICED*

**T. Harold Pinkley**
Butler Snow LLP (Nashville)
The Pinnacle at Symphony Place
150 Third Avenue South
Suite 1600

Nashville, TN 37201
(615) 503-9115
Fax: (615) 503-9101
Email: harold.pinkley@butlersnow.com
*ATTORNEY TO BE NOTICED*

V.

**Consol Plaintiff**

| | | |
|---|---|---|
| **Kevin Sopuch** | represented by | **Jeremy A. Lieberman** |

*individually and on behalf of all others similarly situation*

(See above for address)
*ATTORNEY TO BE NOTICED*

**Louis C. Ludwig**
Pomerantz LLP (Chicago Office)
10 S LaSalle Street
Suite 3505
Chicago, IL 60603
Email: lcludwig@pomlaw.com
*ATTORNEY TO BE NOTICED*

**Marc I. Gross**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick V. Dahlstrom**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul Kent Bramlett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert P. Bramlett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

| | | |
|---|---|---|
| **Lawrence R. Rosen** | represented by | **Catherine J. Kowalewski** |

Robbins Geller Rudman & Dowd LLP (San Diego)
655 W Broadway
Suite 1900
San Diego, CA 92101
619) 231-1058
Fax: (619) 231-7423
*ATTORNEY TO BE NOTICED*

**Darren J. Robbins**
Robbins Geller Rudman & Dowd LLP
655 W Broadway
Suite 1900
San Diego, CA 92101

(619) 231-1058
Fax: (619) 231-7423
Email: darrenr@rgrdlaw.com
*ATTORNEY TO BE NOTICED*

**David C. Walton**
Robbins Geller Rudman & Dowd LLP
655 W Broadway
Suite 1900
San Diego, CA 92101
(619) 231-1058
Fax: (619) 231-7423
Email: davew@csgrr.com
*ATTORNEY TO BE NOTICED*

**Douglas S. Johnston , Jr.**
Barrett Johnston Martin & Garrison, LLC
Philips Plaza
414 Union Street
Suite 900
Nashville, TN 37219
(615) 244-2202
Fax: (615) 252-3798
Email: djohnston@barrettjohnston.com
*ATTORNEY TO BE NOTICED*

**Scott P. Tift**
Barrett Johnston Martin & Garrison, LLC
Philips Plaza
414 Union Street
Suite 900
Nashville, TN 37219
(615) 244-2202
Fax: (615) 252-3798
Email: stift@barrettjohnston.com
*ATTORNEY TO BE NOTICED*

**Timothy L. Miles**
Barrett Johnston Martin & Garrison, LLC
Philips Plaza
414 Union Street
Suite 900
Nashville, TN 37219
(615) 244-2202
Fax: (615) 252-3798
Email: tmiles@barrettjohnston.com
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**June W. Dougherty**　　　　　　　　represented by　**Brian D. Long**
Rigrodsky & Long, P.A.
919 N Market Street
Suite 980
Wilmington, DE 19801

(302) 295-5310
Fax: (302) 654-7530
Email: bdl@rigrodskylong.com
*ATTORNEY TO BE NOTICED*

**Paul Kent Bramlett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert P. Bramlett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott J. Farrell**
Rigrodsky & Long, P.A.
585 Stewart Avenue
Suite 304
Garden City, NY 11530
(516) 683-5316
Fax: (302) 654-7530
Email: sjf@rigrodskylong.com
*ATTORNEY TO BE NOTICED*

**Seth D. Rigrodsky**
Rigrodsky & Long, P.A.
919 N Market Street
Suite 980
Wilmington, DE 19801
(302) 295-5310
Fax: (302) 654-7530
Email: sdr@rigrodskylong.com
*ATTORNEY TO BE NOTICED*

**Timothy J. MacFall**
Rigrodsky & Long, P.A.
585 Stewart Avenue
Suite 304
Garden City, NY 11530
(516) 683-5316
Fax: (302) 654-7530
Email: tjm@rigrodskylong.com
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Michael Fajen**                    represented by **Adrienne O. Bell**
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
Fax: (610) 667-7056
Email: abell@ktmc.com
*ATTORNEY TO BE NOTICED*

**D. Seamus Kaskela**

Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
Fax: (610) 667-7056
Email: skaskela@ktmc.com
*ATTORNEY TO BE NOTICED*

**Paul Kent Bramlett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert P. Bramlett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Joseph Felcher**                    represented by **Kenneth Ray Jones , Jr.**
Jones Hawkins & Farmer, PLC
One Nashville Place, Suite 1820
150 Fourth Avenue North
Nashville, TN 37219
(615) 726-0050
*ATTORNEY TO BE NOTICED*

**Stuart W. Emmons**
Federman & Sherwood
10205 N Pennsylvania Avenue
Oklahoma City, OK 73120
(405) 235-1560
Fax: (405) 239-2112
Email: swe@federmanlaw.com
*ATTORNEY TO BE NOTICED*

**William B. Federman**
Federman & Sherwood
10205 N Pennsylvania Avenue
Oklahoma City, OK 73120
(405) 235-1560
Fax: (405) 239-2112
Email: wbf@federmanlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AgFeed Industries, Inc.**              represented by **J. Christian Word**
Latham & Watkins
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304
(202) 637-2200
Email: christian.word@lw.com

*ATTORNEY TO BE NOTICED*

**James M. Doran , Jr.**
Waller, Lansden, Dortch & Davis, LLP
(Nashville)
Nashville City Center
511 Union Street
Suite 2700
Nashville, TN 37219
(615) 244-6380
Fax: (615) 244-6804
Email: jim.doran@wallerlaw.com
*ATTORNEY TO BE NOTICED*

**Michele E. Rose**
Latham & Watkins LLP (DC Office)
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304
(202) 637-2200
Fax: (202) 637-2201
Email: michele.rose@lw.com
*TERMINATED: 02/21/2014*

**Overton Thompson , III**
Bass, Berry & Sims (Nashville)
150 Third Avenue South
Suite 2800
Nashville, TN 37201
(615) 742-6200
Email: othompson@bassberry.com
*ATTORNEY TO BE NOTICED*

**William R. Baker , III**
Latham & Watkins LLP (DC Office)
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304
(202) 637-2200
Email: william.baker@lw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gerard Daignault**                    represented by **J. Christian Word**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Doran , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael A. Bowen**
Foley & Lardner, LLP
Firstar Center

777 E Wisconsin Avenue
Suite 3800
Milwaukee, WI 53202
(414) 271-2400
Email: mbowen@foley.com
*ATTORNEY TO BE NOTICED*

**Michele E. Rose**
(See above for address)
*TERMINATED: 02/21/2014*

**Overton Thompson , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William R. Baker , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Edward Pazdro**         represented by   **J. Christian Word**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michele E. Rose**
(See above for address)
*TERMINATED: 02/21/2014*

**Overton Thompson , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William R. Baker , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Songyan Li**

**Defendant**

**Junhong Xiong**

**Defendant**

**Goldman Parks Kurland Mohidin, LLP**    represented by   **Heather S. Duplantis**
*TERMINATED: 09/25/2014*                           Phelps Dunbar, LLP (Baton Rouge Office)
City Plaza
Suite 1100
400 Convention Street
Baton Rouge, LA 70802
Email: duplanth@phelps.com
*ATTORNEY TO BE NOTICED*

**John L. Farringer , IV**

Sherrard Roe Voight & Harbison, PLC
150 Third Avenue South
Suite 1100
Nashville, TN 37201
(615) 742-4563
Email: jfarringer@srvhlaw.com
*ATTORNEY TO BE NOTICED*

**L. Webb Campbell , II**
Sherrard Roe Voight & Harbison, PLC
150 Third Avenue South
Suite 1100
Nashville, TN 37201
(615) 742-4200
Email: wcampbell@srvhlaw.com
*ATTORNEY TO BE NOTICED*

**Michael D. Hunt**
Phelps Dunbar, LLP (Baton Rouge Office)
City Plaza
Suite 1100
400 Convention Street
Baton Rouge, LA 70802
Email: huntm@phelps.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**McGladrey & Pullen LLP**                     represented by    **Christopher C. Kearney**
Keker & Van Nest, LLP
633 Battery Street
San Francisco, CA 94111-1809
(415) 391-5400
Email: ckearney@kvn.com
*ATTORNEY TO BE NOTICED*

**Matan Shacham**
Keker & Van Nest, LLP
633 Battery Street
San Francisco, CA 94111-1809
(415) 391-5400
Fax: (415) 397-7188
Email: mshacham@kvn.com
*ATTORNEY TO BE NOTICED*

**Michael D. Celio**
Keker & Van Nest, LLP
633 Battery Street
San Francisco, CA 94111-1809
(415) 391-5400
Fax: (415) 397-7188
Email: mcelio@keker.com
*ATTORNEY TO BE NOTICED*

**R. Brandon Bundren**

Bradley Arant Boult Cummings LLP
(Nashville, TN Office)
1600 Division Street
Suite 700
P.O Box 340025
Nashville, TN 37203-0025
(615) 252-4647
Fax: (615) 252-6647
Email: bbundren@bradley.com
*ATTORNEY TO BE NOTICED*

**Robert S. Patterson**
Bradley Arant Boult Cummings LLP
(Nashville, TN Office)
1600 Division Street
Suite 700
P.O Box 340025
Nashville, TN 37203-0025
(615) 244-2582
Email: bpatterson@bradley.com
*ATTORNEY TO BE NOTICED*

V.
**Consol Defendant**

**Raymond M. Cesca**                    represented by **J. Christian Word**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michele E. Rose**
(See above for address)
*TERMINATED: 02/21/2014*

**Overton Thompson , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William R. Baker , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**
**Selina Jin**

**Consol Defendant**
**Clay Marshall**                    represented by **J. Christian Word**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michele E. Rose**
(See above for address)
*TERMINATED: 02/21/2014*

**Overton Thompson , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William R. Baker , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**John A. Stadler**                                 represented by   **J. Christian Word**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michele E. Rose**
(See above for address)
*TERMINATED: 02/21/2014*

**Overton Thompson , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William R. Baker , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Liangfan Yan**

**Interested Party**

**Ramon Gobbo**                                 represented by   **Kenneth Ray Jones , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart W. Emmons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William B. Federman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Agfeed Investor Group**                       represented by   **Joshua B. Silverman**
Pomerantz LLP (Chicago Office)
10 S LaSalle Street
Suite 3505
Chicago, IL 60603
Email: jbsilverman@pomlaw.com
*ATTORNEY TO BE NOTICED*

**Paul Kent Bramlett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Justin R. Metz**                    represented by   **Scott P. Tift**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*


**Interested Party**

**Jane Riggle**                       represented by   **Scott P. Tift**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*


**Interested Party**

**Thomas Snodgrass**                  represented by   **Jeffrey A. Berens**
                                                      Dyer & Berens LLP
                                                      303 E 17th Avenue
                                                      Suite 300
                                                      Denver, CO 80203
                                                      (303) 861-1764
                                                      Fax: (303) 395-0393
                                                      Email: jeff@dyerberens.com
                                                      *ATTORNEY TO BE NOTICED*

                                                      **T. Harold Pinkley**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*


**Interested Party**

**Tanya Snodgrass**                   represented by   **Jeffrey A. Berens**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **T. Harold Pinkley**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*


| Date Filed | # | Docket Text |
|---|---|---|
| 10/18/2011 | 1 | COMPLAINT against AgFeed Industries, Inc., Gerard Daignault, Songyan Li, Edward Pazdro, Junhong Xiong, filed by Lawrence Blitz. Filing fee paid, $350, Summons issued. (Attachments: # 1 Attachment Certification of Plaintiff, # 2 Summons, # 3 Civil Cover Sheet)(afs) (Entered: 10/18/2011) |
| 10/19/2011 | 2 | NOTICE from USDC Clerk regarding Corporate Disclosure Statement requirement (eh) (Entered: 10/19/2011) |
| 10/19/2011 | 3 | NOTICE of Initial Case Management Conference set for 12/5/2011 at 12:00 Noon in Courtroom 764 before Magistrate Judge Juliet E. Griffin. (eh) (Entered: 10/19/2011) |
| 10/19/2011 |  | Bar status for attorneys James A. Crumlin, Jr, Keith C. Dennen of TN, Brian J. Robbins, Gregory E. Del Gaizo, and Conrad B. Stephens of CA verified as active on this date. (eh) (Entered: 10/19/2011) |
| 10/19/2011 |  | NOTICE TO COUNSEL Brian J. Robbins, Gregory E. Del Gaizo, Conrad B. Stephens of CA : WITHIN 20 DAYS (11/8/2011), counsel shall file a Motion to Appear Pro Hac |

| | | |
|---|---|---|
| | | Vice, a Certificate of Good Standing signed by the Clerk of a United States District Court where admitted, and pay a fee of $75.00 (LR 83.01(d)). (eh) (Entered: 10/19/2011) |
| 10/19/2011 | 4 | ORDER: This case is REFERRED to the Magistrate Judge for customized case management in accordance with Local Rule 16.01. Pursuant to Local Rule 16.01(e) (1) and Fed. R. Civ. P. 26(d), discovery is not stayed absent order of the District Judge. This case shall be set for trial upon completion of the initial case management conference by order of the District Judge in accordance with the procedures of Local Rule 16.01(d)(5). Signed by Chief Judge Todd J. Campbell on 10/19/2011. (hb) (Entered: 10/19/2011) |
| 10/26/2011 | 5 | MOTION for attorney(s) Brian Robbins to Appear Pro Hac Vice (Fee PAID) by Lawrence Blitz. (Attachments: # 1 Attachment Certificate of Good Standing)(Crumlin, James) Modified text on 10/26/2011 (hb). (Entered: 10/26/2011) |
| 10/26/2011 | 6 | MOTION for attorney(s) Conrad Stephens to Appear Pro Hac Vice (Fee PAID) by Lawrence Blitz. (Attachments: # 1 Attachment Certificate of Good Standing)(Crumlin, James) Modified text on 10/26/2011 (hb). (Entered: 10/26/2011) |
| 10/26/2011 | 7 | MOTION for attorney(s) Gregory Del Gaizo to Appear Pro Hac Vice (Fee PAID) by Lawrence Blitz. (Attachments: # 1 Attachment Certificate of Good Standing)(Crumlin, James) Modified text on 10/26/2011 (hb). (Entered: 10/26/2011) |
| 10/26/2011 | 8 | RECEIPT #34675018974 in the amount of $225.00 re 6 Motion for Conrad Stephens to Appear Pro Hac Vice, 5 Motion for Brian Robbins to Appear Pro Hac Vice, and 7 Motion for Gregory Del Gaizo to Appear Pro Hac Vice. (hb) (Entered: 10/26/2011) |
| 10/27/2011 | 9 | ORDER: The plaintiff's motions for non-resident attorney to practice pro hac vice (Docket Entry Nos. 5 , 6 , and 7 ) are GRANTED. Brian J. Robbins, Conrad B. Stephens, and Gregory E. Del Gaizo are hereby admitted to practice in this case on behalf of the plaintiff. Signed by Magistrate Judge Juliet E. Griffin on 10/27/2011. (hb) (Entered: 10/28/2011) |
| 10/28/2011 | | E-mail sent to Attys. Conrad B. Stephens and Gregory E. Del Gaizo regarding mandatory ECF registration. Atty. Brian J. Robbins already registered. (hb) (Entered: 10/28/2011) |
| 10/31/2011 | 10 | ORDER OF RECUSAL. Magistrate Judge Juliet E. Griffin recused. Case reassigned to Magistrate Judge E. Clifton Knowles for all further proceedings. Signed by Magistrate Judge Juliet E. Griffin on 10/31/2011. (hb) (Entered: 11/01/2011) |
| 11/02/2011 | 11 | AFFIDAVIT of Service for Complaint served on AgFeed Industries, Inc. on 10/21/2011, filed by Lawrence Blitz. (Crumlin, James) (Entered: 11/02/2011) |
| 11/02/2011 | 12 | ORDER: The Initial Case Management Conference in this action is set for December 20, 2011, at 10:30 a.m. before the undersigned. Prior to the hearing, counsel for the parties are directed to confer on a Proposed Case Management Order for the progression of this case, which shall be submitted three (3) days prior to the Case Management Conference. Counsel for the Plaintiff shall serve a copy of this Order on any Defendants who have not yet entered an appearance. Signed by Magistrate Judge E. Clifton Knowles on 11/2/2011. (hb) (Entered: 11/02/2011) |
| 11/07/2011 | 13 | SUMMONS returned executed by Lawrence Blitz. Edward Pazdro served on 10/31/2011. (Crumlin, James) (Entered: 11/07/2011) |
| 11/07/2011 | 14 | SUMMONS returned executed by Lawrence Blitz. Gerard Daignault served on 10/31/2011. (Crumlin, James) (Entered: 11/07/2011) |
| 11/11/2011 | 15 | NOTICE of Appearance by Overton Thompson, III on behalf of AgFeed Industries, Inc., Gerard Daignault, Edward Pazdro (Thompson, Overton) (Entered: 11/11/2011) |
| | | |

| 11/11/2011 | 16 | MOTION for Extension of Time to File Answer *, Move or Otherwise Respond to Complaint* by AgFeed Industries, Inc., Gerard Daignault, Edward Pazdro. (Attachments: # 1 Proposed Order)(Thompson, Overton) (Entered: 11/11/2011) |
| --- | --- | --- |
| 11/14/2011 | 17 | ORDER: Defts' 16 Unopposed Motion for Extension of Time to Move, Answer or Otherwise Respond to Complaint is GRANTED. Signed by Magistrate Judge E. Clifton Knowles on 11/14/11. (rd) (Entered: 11/14/2011) |
| 11/22/2011 | 18 | MOTION to Consolidate Cases *and For Scheduling Order* by AgFeed Industries, Inc., Gerard Daignault, Edward Pazdro. (Thompson, Overton) (Entered: 11/22/2011) |
| 11/22/2011 | 19 | MEMORANDUM in Support of 18 MOTION to Consolidate Cases *and For Scheduling Order* filed by AgFeed Industries, Inc., Gerard Daignault, Edward Pazdro. (Attachments: # 1 Proposed Order)(Thompson, Overton) (Entered: 11/22/2011) |
| 12/02/2011 | 20 | ORDER: Pending before the Court is a Motion to Consolidate and for Scheduling Order (Docket No. 18 ). The Motion is referred to the Magistrate Judge for decision. Signed by Chief Judge Todd J. Campbell on 12/2/2011. (hb) (Entered: 12/02/2011) |
| 12/06/2011 | 21 | ***DISREGARD - FILED IN ERROR*** ORDER: The undersigned Magistrate Judge finds that this case should be transferred to Magistrate Judge Knowles for further management. The undersigned has spoken with Magistrate Judge Knowles about this matter, and he concurs in such a transfer. For the reasons stated above, the undersigned TRANSFERS the two captioned cases to Magistrate Judge Knowles for further management. Signed by Magistrate Judge John S. Bryant on 12/6/2011. (hb) Modified text on 12/6/2011 (hb). (Entered: 12/06/2011) |
| 12/06/2011 | | ***DISREGARD DE# 21 - TO BE FILED IN RELATED CASE NO. 3:11-CV-1043. (hb) (Entered: 12/06/2011) |
| 12/08/2011 | 22 | ORDER: This matter is before the Court upon a "Motion to Consolidate and For Scheduling Order," which has been docketed as Docket No. 18 in Blitz. The same Motion has been filed in the four other cases in the above captions. Judge Campbell has referred the Motion filed in Blitz to the undersigned for decision. Docket No. 20. In the Motion, Defendants AgFeed Industries, Inc., John Stadler, Gerard Daignault, Raymond M. Cesca, Clay Marshall, and Edward Pazdro, pursuant to Fed. R. Civ. P. 42, seek an Order consolidating the above-captioned cases for all matters at issue in the actions, including pretrial purposes and trial. Movants also seek an Order allowing them sixty (60) days to respond to any consolidated or amended consolidated complaint incorporating the allegations and claims included in these five cases and designated as the operative complaint in the consolidated actions. Significantly, the Motion states, "Counsel for Plaintiffs in the above-captioned actions have alerted counsel for Movants that Plaintiffs do not oppose the relief requested in this Motion." Docket No. 18, p. 3. As Movants have shown in their supporting Memorandum of Law (Docket No. 19), these five putative class actions concern identical or overlapping class periods and allegations, assert the same claims under the Securities Exchange Act of 1934 against overlapping Defendants, and otherwise are subject to consolidation under applicable securities laws and Fed. R. Civ. P. 42(a). For the foregoing reasons, the five cases referred to above are hereby CONSOLIDATED for pretrial and trial purposes. All future filings shall be made in Case No. 3:11-00992 (Blitz). Additionally, Defendants are allowed sixty (60) days to respond to any consolidated or amended consolidated complaint incorporating the allegations and claims included in these five cases and designated as the operative complaint in the consolidated actions. The undersigned will hold an Initial Case Management Conference in these consolidated cases on January 10, 2012, at 10:00 a.m. Any Initial Case Management Conferences that have previously been set in these individual actions are cancelled. To the extent practicable, prior to the hearing, counsel for the parties are directed to confer on a proposed Initial Case Management Order for the progression of |

this case, which shall be submitted three (3) days prior to the Case Management Conference. At the Initial Case Management Conference, Defendants shall be prepared to discuss whether they intend to file a Motion to Dismiss and, if so, the impact of the stay provisions set forth in 15 U.S.C. § 78u-4(b)(3)(B) upon any potential discovery schedule. Defendants shall also be prepared to discuss whether they intend to file a Motion under the "Safe Harbor" provisions of 15 U.S.C. § 78u-5, and if so, the impact of the stay provisions set forth in 15 U.S.C. § 78u-5(f) upon any potential discovery schedule. Additionally, § 31.4 of the Manual for Complex Litigation (Fourth Ed. 2004) discusses a number of issues that may be appropriate to be addressed at the Initial Case Management Conference. To the extent that any of these issues should be addressed in the instant action, the parties shall be prepared, so far as is reasonably possible at this stage of the litigation, to discuss those issues. The Court notes that there are two shareholder derivative actions regarding Defendant AgFeed Industries, Inc., pending in this Court: Miller v. Stadler, Case No. 3:11-1069 and Arshi v. Stadler, Case No. 3:11-1087. The basis for the Courts jurisdiction in Miller and Arshi is diversity. The parties to the instant actions shall also be prepared to discuss what impact, if any, the instant actions may have on Miller and Arshi, and what impact, if any, Miller and Arshi may have on these consolidated actions. IT IS SO ORDERED. Signed by Magistrate Judge E. Clifton Knowles on 12/8/11. (af) (Entered: 12/09/2011)

| 12/19/2011 | 23 | MOTION to Consolidate Cases - *Movant Ramon Gobbo's Motion for Consolidation, Appointment of Lead Plaintiff, and Approval of Proposed Plaintiffs Selection of Lead Liaison Counsel* by Ramon Gobbo. (Jones, Kenneth) (Entered: 12/19/2011) |
| --- | --- | --- |
| 12/19/2011 | 24 | MEMORANDUM in Support of 23 MOTION to Consolidate Cases - *Movant Ramon Gobbo's Motion for Consolidation, Appointment of Lead Plaintiff, and Approval of Proposed Plaintiffs Selection of Lead Liaison Counsel* filed by Ramon Gobbo. (Attachments: # 1 Attachment Declaration of Kenneth R. Jones, Jr. in support of Movant Ramon Gabbo's Motion, # 2 Exhibit A - Plaintiffs Certification of investment, # 3 Exhibit B - LOSS ANALYSIS FOR RAMON GOBBO, # 4 Exhibit C - Press Release, # 5 Exhibit D - Federman & Sherwood - Firm Resume, # 6 Exhibit E- Jones Hawkins & Farmer, PLC - Firm Resume)(Jones, Kenneth) (Entered: 12/19/2011) |
| 12/19/2011 | 25 | MOTION *for Appointment as Lead Plaintiff and Approval of Selection of Counsel* filed by Thomas and Tonya Snodgrass as Class Members. (Attachments: # 1 Proposed Order) (Pinkley, T.) Modified on 12/19/2011 (rd). (Entered: 12/19/2011) |
| 12/19/2011 | 26 | MEMORANDUM in Support of 25 MOTION *for Appointment as Lead Plaintiff and Approval of Selection of Counsel* filed by *Thomas and Tonya Snodgrass as Class Members*. (Pinkley, T.) Modified on 12/19/2011 (rd). (Entered: 12/19/2011) |
| 12/19/2011 | 27 | DECLARATION of Jeffrey A. Berens re: 25 MOTION *for Appointment as Lead Plaintiff and Approval of Selection of Counsel*. (Attachments: # 1 Exhibit A - Notice published on Business Wire, # 2 Exhibit B - Sworn Certification of Thomas and Tanya Snodgrass, # 3 Exhibit C - Chart of the purchases and estimated losses of Thomas and Tanya Snodgrass, # 4 Exhibit D - Dyer & Berens LLP firm resume)(Pinkley, T.) Modified on 12/19/2011 (rd). (Entered: 12/19/2011) |
| 12/19/2011 | 28 | MOTION to Consolidate Cases *and to Appoint Co-Lead & Liaison Counsel* by Agfeed Investor Group. (Attachments: # 1 Proposed Order of Consolidation and to Appoint Co-Lead & Liaison Counsel)(Bramlett, Paul) (Entered: 12/19/2011) |
| 12/19/2011 | 29 | MEMORANDUM in Support of 28 MOTION to Consolidate Cases *and to Appoint Co-Lead & Liaison Counsel* filed by Agfeed Investor Group. (Attachments: # 1 Attachment Declaration of Paul Kent Bramlett, # 2 Exhibit A-Business Wire Notice, # 3 Exhibit B-Certifications of Losses, # 4 Exhibit C-Summary of Total Losses, # 5 Exhibit D-Resume |

| | | |
|---|---|---|
| | | of Pomerantz Firm, # 6 Exhibit E-Resume of Rosen Firm, # 7 Exhibit F-Resume of Bramlett Firm)(Bramlett, Paul) (Entered: 12/19/2011) |
| 12/19/2011 | 30 | MOTION to Appoint Counsel *and for Appointment as Lead Plaintiff* by Justin R. Metz, Jane Riggle. (Attachments: # 1 Proposed Order)(Barrett, George) (Entered: 12/19/2011) |
| 12/19/2011 | 31 | MEMORANDUM in Support of 30 MOTION to Appoint Counsel *and for Appointment as Lead Plaintiff* filed by Justin R. Metz, Jane Riggle. (Attachments: # 1 Burgraff v. Green Bankshares, # 2 Garden City Emps. Ret. Sys. v. Psychiatric Solutions)(Barrett, George) (Entered: 12/19/2011) |
| 12/19/2011 | 32 | DECLARATION of George E. Barrett filed by Justin R. Metz, Jane Riggle re: 30 MOTION to Appoint Counsel *and for Appointment as Lead Plaintiff*. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Barrett, George) (Entered: 12/19/2011) |
| 12/20/2011 | 33 | ORDER: Pending before the Court are four Motions for Appointment of Lead Plaintiffs and Lead Liaison Counsel (Docket Nos. 23 , 25 , 28 and 30 ). These Motions are referred to the Magistrate Judge for decision as a part of case management. IT IS SO ORDERED. Signed by Chief Judge Todd J. Campbell on 12/20/2011. (hb) (Entered: 12/20/2011) |
| 12/20/2011 | | Note to filer Kenneth Jones re DE#s 23 and 24 : Pursuant to Court Policy and Procedure and Local Rule 5.01, Certificates of Service must include the names and full addresses for all persons served (whether served electronically or by other means), what was served, method of service, and date of service. THE CERTIFICATE OF SERVICE SHALL BE RE-FILED. (hb) (Entered: 12/20/2011) |
| 12/20/2011 | | Notice to filer George Barrett: At DE 32 , counsel failed to include the mandatory description of the attached exhibits. The exhibits shall be RESUBMITTED by filing a Notice of Filing and attaching the exhibits with the mandatory brief description. (i.e. Attachments: # 1 Exhibit 1 Police Report dated 1/1/06, # 2 Exhibit 2-Unreported Case Smith v. Jones).. (hb) (Entered: 12/20/2011) |
| 12/20/2011 | 34 | CERTIFICATE of service filed by Ramon Gobbo re 24 Memorandum in Support,, filed by Ramon Gobbo, 23 MOTION to Consolidate Cases - *Movant Ramon Gobbo's Motion for Consolidation, Appointment of Lead Plaintiff, and Approval of Proposed Plaintiffs Selection of Lead Liaison Counsel* filed by Ramon Gobbo. (Jones, Kenneth) (Entered: 12/20/2011) |
| 12/20/2011 | 35 | NOTICE of Filing by Justin R. Metz, Jane Riggle re 30 MOTION to Appoint Counsel *and for Appointment as Lead Plaintiff* (Attachments: # 1 Exhibit A - PSLRA notice published on Business Wire, # 2 Exhibit B - Sworn Certifications of Justin R. Metz and Jane Riggle, # 3 Exhibit C - Chart of Transactions and Losses for Justin R. Metz and Jane Riggle, # 4 Exhibit D - Joint Declaration of Justin R. Metz and Jane Riggle, # 5 Exhibit E - RGRD firm resume, # 6 Exhibit F - Barrett Johnston firm resume, # 7 Exhibit G - Branstetter, Stranch & Jennings firm resume)(Barrett, George) (Entered: 12/20/2011) |
| 12/29/2011 | 36 | MOTION for attorney(s) William B. Federman and Stuart W. Emmons to Appear Pro Hac Vice (Fee not paid-due within 20 days) by Ramon Gobbo. (Attachments: # 1 Attachment Certificate of good standing - Stuart Emmons, # 2 Attachment Certificat of Good Standing - William Federman)(Jones, Kenneth) (Entered: 12/29/2011) |
| 01/04/2012 | 37 | NOTICE of Filing by Ramon Gobbo (Attachments: # 1 Attachment Motion to Consolidate)(Jones, Kenneth) (Entered: 01/04/2012) |
| 01/05/2012 | 38 | NOTICE of Voluntary Dismissal by Michael Fajen (Attachments: # 1 Proposed Order of Dismissal of Separate Complaint #3:11-cv-1050 of Plaintiff Michael Fajen)(Bramlett, Paul) (Entered: 01/05/2012) |

| 01/05/2012 | 39 | MOTION to Continue *Plaintiffs and Defendants AgFeed Industries, Inc., John A. Stadler, Gerard Daignault, Raymond M. Cesca, Clay Marshall, and Edward Pazdro's Joint Motion to Continue Initial Case Management Conference* by AgFeed Industries, Inc., Lawrence Blitz, Raymond M. Cesca, Gerard Daignault, June W. Dougherty, Michael Fajen, Clay Marshall, Edward Pazdro, Lawrence R. Rosen, Kevin Sopuch, John A. Stadler. (Attachments: # 1 Proposed Order)(Thompson, Overton) (Entered: 01/05/2012) |
|---|---|---|
| 01/05/2012 | 40 | ORDER granting 39 Motion to Continue Initial Case Management Conference. The ICMC set for January 10, 2012, is continued and will be reset by separate Order. Signed by Magistrate Judge E. Clifton Knowles on 1/5/2012. (hb) (Entered: 01/05/2012) |
| 01/05/2012 | 41 | RESPONSE in Opposition re 30 MOTION to Appoint Counsel *and for Appointment as Lead Plaintiff*, 23 MOTION to Consolidate Cases - *Movant Ramon Gobbo's Motion for Consolidation, Appointment of Lead Plaintiff, and Approval of Proposed Plaintiffs Selection of Lead Liaison Counsel* filed by Thomas and Tonya Snodgrass. (Pinkley, T.) Modified text on 1/6/2012 (hb). (Entered: 01/05/2012) |
| 01/05/2012 | 42 | DECLARATION of Jeffrey A. Berens filed by Tanya Snodgrass, Thomas Snodgrass re: 41 Response in Opposition to Motion,. (Attachments: # 1 Exhibit 1 - AgFeed Industries, Inc. stock information)(Pinkley, T.) Modified text on 1/6/2012 (hb). (Entered: 01/05/2012) |
| 01/05/2012 | 43 | ORDER: Plaintiff Michael Fajen has filed a Notice of Voluntary Dismissal Without Prejudice (Docket No. 38 ) pertaining to his separate lawsuit, Case No. 3-11-1050. Accordingly, that action (Case No. 3-11-1050) is DISMISSED without prejudice, and the Clerk is directed to close the file. IT IS SO ORDERED. Signed by Chief Judge Todd J. Campbell on 1/5/2012. (hb) (Entered: 01/05/2012) |
| 01/05/2012 | 44 | RESPONSE in Opposition re 30 MOTION to Appoint Counsel *and for Appointment as Lead Plaintiff*, 28 MOTION to Consolidate Cases *and to Appoint Co-Lead & Liaison Counsel*, 25 MOTION *for Appointment as Lead Plaintiff and Approval of Selection of Counsel MOVANT RAMON GOBBOS MEMORANDUM OF LAW IN OPPOSITION TO COMPETING MOTIONS FOR LEAD PLAINTIFF* filed by Ramon Gobbo. (Jones, Kenneth) (Entered: 01/05/2012) |
| 01/05/2012 | 45 | AFFIDAVIT re 44 Response in Opposition to Motion, *DECLARATION OF KENNETH R. JONES, JR. IN SUPPORT OF MOVANT RAMON GABBOS MEMORANDUM OF LAW IN OPPOSITION TO COMPETING MOTIONS FOR LEAD PLAINTIFF* by Ramon Gobbo. (Attachments: # 1 Exhibit A-Securities Exchange Act Loss Analyses (LIFO) (applying Dura loss causation principles), # 2 Exhibit B-Securities Exchange Act Loss Analyses (FIFO) (applying Dura loss causation principles))(Jones, Kenneth) (Entered: 01/05/2012) |
| 01/05/2012 | 46 | RESPONSE in Opposition re 30 MOTION to Appoint Counsel *and for Appointment as Lead Plaintiff*, 23 MOTION to Consolidate Cases - *Movant Ramon Gobbo's Motion for Consolidation, Appointment of Lead Plaintiff, and Approval of Proposed Plaintiffs Selection of Lead Liaison Counsel*, 25 MOTION *for Appointment as Lead Plaintiff and Approval of Selection of Counsel* filed by Agfeed Investor Group. (Attachments: # 1 Attachment Declaration of Paul Kent Bramlett, # 2 Exhibit A-Declaration of Ginger Haubek-McCaffery, # 3 Exhibit B-Declaration of William McCaffery, # 4 Exhibit C-Declaration of Joseph Boccuti, # 5 Exhibit D-Declaration of Lary Ewing, # 6 Exhibit E-Declaration of Stephen Arseneault)(Bramlett, Paul) (Entered: 01/05/2012) |
| 01/05/2012 | 47 | RESPONSE in Opposition re 23 MOTION to Consolidate Cases - *Movant Ramon Gobbo's Motion for Consolidation, Appointment of Lead Plaintiff, and Approval of Proposed Plaintiffs Selection of Lead Liaison Counsel*, 28 MOTION to Consolidate Cases *and to Appoint Co-Lead & Liaison Counsel*, 25 MOTION *for Appointment as Lead* |

| | | |
|---|---|---|
| | | *Plaintiff and Approval of Selection of Counsel* filed by Justin R. Metz, Jane Riggle. (Attachments: # 1 Appendix of Unreported Cases)(Barrett, George) (Entered: 01/05/2012) |
| 01/05/2012 | 48 | DECLARATION of George E. Barrett filed by Justin R. Metz, Jane Riggle re: 47 Response in Opposition to Motion,. (Attachments: # 1 Exhibit 1 - Various Press Releases issued by The Rosen Law Firm, # 2 Exhibit 2 - Various Press Releases issued by Pomerantz Haudek)(Barrett, George) (Entered: 01/05/2012) |
| 01/06/2012 | 49 | CERTIFICATE of service filed by Ramon Gobbo re 45 Affidavit, filed by Ramon Gobbo, 44 Response in Opposition to Motion, filed by Ramon Gobbo. (Jones, Kenneth) (Entered: 01/06/2012) |
| 01/09/2012 | 50 | STIPULATION *AND [PROPOSED] ORDER ALLOWING REPLY BRIEFS TO BE FILED IN CONNECTION WITH PENDING LEAD PLAINTIFF MOTIONS* by AgFeed Industries, Inc., Agfeed Investor Group, Lawrence Blitz, Raymond M. Cesca, Gerard Daignault, June W. Dougherty, Michael Fajen, Ramon Gobbo, Clay Marshall, Justin R. Metz, Edward Pazdro, Jane Riggle, Lawrence R. Rosen, Kevin Sopuch, John A. Stadler. (Barrett, George) (Entered: 01/09/2012) |
| 01/09/2012 | 51 | ORDER: STIPULATION AND ORDER ALLOWING REPLY BRIEFS TO BE FILED IN CONNECTION WITH PENDING LEAD PLAINTFF MOTIONS. Signed by Magistrate Judge E. Clifton Knowles on 1/9/2012. (hb) (Entered: 01/09/2012) |
| 01/10/2012 | 52 | CORPORATE DISCLOSURE STATEMENT filed by AgFeed Industries, Inc.. (Thompson, Overton) (Entered: 01/10/2012) |
| 01/11/2012 | 53 | MOTION for attorney(s) William R. Baker, III to Appear Pro Hac Vice (FEE PAID) by AgFeed Industries, Inc., Raymond M. Cesca, Gerard Daignault, Clay Marshall, Edward Pazdro, John A. Stadler. (Attachments: # 1 Proposed Order, # 2 Certificate of Good Standing)(Thompson, Overton) Modified text on 1/18/2012 (hb). (Entered: 01/11/2012) |
| 01/11/2012 | 54 | MOTION for attorney(s) J. Christian Word to Appear Pro Hac Vice (FEE PAID) by AgFeed Industries, Inc., Raymond M. Cesca, Gerard Daignault, Clay Marshall, Edward Pazdro, John A. Stadler. (Attachments: # 1 Proposed Order, # 2 Certificate of Good Standing)(Thompson, Overton) Modified text on 1/18/2012 (hb). (Entered: 01/11/2012) |
| 01/17/2012 | 55 | MOTION for attorney(s) Jeffrey A. Berens to Appear Pro Hac Vice (Fee paid) by Tanya Snodgrass, Thomas Snodgrass. (Attachments: # 1 Proposed Order)(Pinkley, T.) Modified Text on 1/24/2012 (dt). (Entered: 01/17/2012) |
| 01/17/2012 | 56 | CERTIFICATE OF GOOD STANDING of Attorney Jeffrey Allen Berens from the United States District Court for the District of Colorado filed by Tanya Snodgrass, Thomas Snodgrass. (Pinkley, T.) (Entered: 01/17/2012) |
| 01/17/2012 | 57 | REPLY to Response to Motion re 25 MOTION *for Appointment as Lead Plaintiff and Approval of Selection of Counsel* filed by Tanya Snodgrass, Thomas Snodgrass. (Pinkley, T.) (Entered: 01/17/2012) |
| 01/17/2012 | 58 | REPLY to Response to Motion re 30 MOTION to Appoint Counsel *and for Appointment as Lead Plaintiff* filed by Justin R. Metz, Jane Riggle. (Attachments: # 1 Appendix of Unreported Cases)(Barrett, George) (Entered: 01/17/2012) |
| 01/17/2012 | 59 | REPLY to Response to Motion re 23 MOTION to Consolidate Cases - *Movant Ramon Gobbo's Motion for Consolidation, Appointment of Lead Plaintiff, and Approval of Proposed Plaintiffs Selection of Lead Liaison Counsel* filed by Ramon Gobbo. (Federman, William) (Entered: 01/17/2012) |
| 01/17/2012 | 60 | DECLARATION of William B. Federman filed by Ramon Gobbo re: 59 Reply to |

| | | |
|---|---|---|
| | | Response to Motion,. (Attachments: # 1 Exhibit A - Treaty, # 2 Exhibit B - Investor Certification)(Federman, William) (Entered: 01/17/2012) |
| 01/17/2012 | 61 | REPLY to Response to Motion re 30 MOTION to Appoint Counsel *and for Appointment as Lead Plaintiff*, 23 MOTION to Consolidate Cases - *Movant Ramon Gobbo's Motion for Consolidation, Appointment of Lead Plaintiff, and Approval of Proposed Plaintiffs Selection of Lead Liaison Counsel*, 25 MOTION *for Appointment as Lead Plaintiff and Approval of Selection of Counsel* filed by Agfeed Investor Group. (Bramlett, Paul) (Entered: 01/17/2012) |
| 01/17/2012 | 62 | ***DISREGARD - ATTY REFILED AS DE 73 . Additional Attachments to Main Document re: 61 Reply to Response to Motion,. (Bramlett, Paul) Modified on 1/18/2012 (hb). (Entered: 01/17/2012) |
| 01/17/2012 | 63 | ***DISREGARD - ATTY REFILED AS DE# 73 *** Additional Attachments to Main Document re: 62 Additional Attachments to Main Document. (Attachments: # 1 Exhibit 3-Results for Factors 1 & 2)(Bramlett, Paul) Modified text on 1/18/2012 (hb). (Entered: 01/17/2012) |
| 01/17/2012 | 64 | ***DISREGARD - ATTY REFILED AS DE# 73 *** Additional Attachments to Main Document re: 62 Additional Attachments to Main Document. (Attachments: # 1 Exhibit 4-Results for Factor 3)(Bramlett, Paul) Modified text on 1/18/2012 (hb). (Entered: 01/17/2012) |
| 01/17/2012 | 65 | ***DISREGARD - ATTY REFILED AS DE# 73 *** Additional Attachments to Main Document re: 62 Additional Attachments to Main Document. (Attachments: # 1 Exhibit 5-Factor 4 LIFO Results)(Bramlett, Paul) Modified text on 1/18/2012 (hb). (Entered: 01/17/2012) |
| 01/17/2012 | 66 | ***DISREGARD - ATTY REFILED AS DE# 73 *** Additional Attachments to Main Document re: 62 Additional Attachments to Main Document. (Attachments: # 1 Exhibit 7-Factor 4 FIFO Results)(Bramlett, Paul) Modified text on 1/18/2012 (hb). (Entered: 01/17/2012) |
| 01/17/2012 | 67 | ***DISREGARD - ATTY REFILED AS DE# 73 *** Additional Attachments to Main Document re: 62 Additional Attachments to Main Document. (Attachments: # 1 Exhibit 8-Factor 4 LIFO Results)(Bramlett, Paul) Modified text on 1/18/2012 (hb). (Entered: 01/17/2012) |
| 01/17/2012 | 68 | ***DISREGARD - ATTY REFILED AS DE# 73 *** Additional Attachments to Main Document re: 62 Additional Attachments to Main Document. (Attachments: # 1 Exhibit 2 (Movant Transaction Data) & 6 (LIFO Share Matching Results) are included in this summary as they would not separately file on ECF as separate exhibits))(Bramlett, Paul) Modified text on 1/18/2012 (hb). (Entered: 01/17/2012) |
| 01/18/2012 | 69 | MOTION for Hearing by Justin R. Metz, Jane Riggle. (Barrett, George) (Entered: 01/18/2012) |
| 01/18/2012 | 70 | ORDER: Pending before the Court are two Motions to Consolidate Cases in the related case (No. 3-11-1087) (Docket Nos. 10 and 14). The Motions are referred to the Magistrate Judge in accordance with the Court's Order (Docket No. 20 ) in the main case (No. 3-11-0992). IT IS SO ORDERED. Signed by Chief Judge Todd J. Campbell on 1/18/2012. (hb) Modified text on 1/18/2012 (hb). (Entered: 01/18/2012) |
| 01/18/2012 | 71 | ORDER: Pending before the Court are two Motions to Consolidate Cases in the related (No. 3-11-1184) (Docket Nos. 4 and 10). The Motions are referred to the Magistrate Judge in accordance with the Court's Order (Docket No. 20 ) in the main case (No. 3-11- |

| Date | # | Description |
|---|---|---|
| | | 0992). IT IS SO ORDERED. Signed by Chief Judge Todd J. Campbell on 1/18/2012. (hb) (Entered: 01/18/2012) |
| 01/18/2012 | 72 | RECEIPT #34675020079 in the amount of $150.00 re 53 & 54 Motions to Appear Pro Hac Vice for Attys. William R. Baker, III and J. Christian Word. (hb) (Entered: 01/18/2012) |
| 01/18/2012 | | Note to filer William Federman re DE 59 and 60 : Pursuant to Court Policy and Procedure and Local Rule 5.01, Certificates of Service must include the names and full addresses for all persons served (whether served electronically or by other means), what was served, method of service, and date of service. THE CERTIFICATE OF SERVICE SHALL BE RE-FILED. (hb) (Entered: 01/18/2012) |
| 01/18/2012 | 73 | Additional Attachments to Main Document re: 61 Reply to Response to Motion,. (Attachments: # 1 Exhibit #1-CV of Kotz; Ex #2-Movant Transaction Data; EX #3-Results for Factors 1 & 2; EX #4-Results for Factor 3; EX #5-Factor 4 LIFO Results; EX #6-LIFO Share Matching Results; EX #7-Factor 4 LIFO Results; EX #8FIFO Share Matching Results)(Bramlett, Paul) (Entered: 01/18/2012) |
| 01/18/2012 | | DISREGARD DOCKET ENTRY NOS. 62 THROUGH 68. ATTY REFILED THESE DOCUMENTS COLLECTIVELY AS DOCKET ENTRY # 73 . (hb) (Entered: 01/18/2012) |
| 01/18/2012 | 74 | CERTIFICATE OF SERVICE by Ramon Gobbo re 60 Declaration, 59 Reply to Response to Motion, (Federman, William) (Entered: 01/18/2012) |
| 01/18/2012 | 75 | RESPONSE to Motion re 69 MOTION for Hearing filed by Agfeed Investor Group. (Bramlett, Paul) (Entered: 01/18/2012) |
| 01/19/2012 | 76 | MOTION for attorney(s) Michele E. Rose to Appear Pro Hac Vice ($75 FEE PAID) by AgFeed Industries, Inc., Raymond M. Cesca, Gerard Daignault, Clay Marshall, Edward Pazdro, John A. Stadler. (Attachments: # 1 Proposed Order, # 2 Certificate of Good Standing)(Thompson, Overton) Modified on 1/24/2012 (af). (Entered: 01/19/2012) |
| 01/20/2012 | 77 | ORDER granting 53 Motion for William R. Baker, III to Appear Pro Hac Vice. Signed by Magistrate Judge E. Clifton Knowles on 1/20/2012. (hb) (Entered: 01/20/2012) |
| 01/20/2012 | 78 | ORDER granting 54 Motion for J. Christian Word to Appear Pro Hac Vice. Signed by Magistrate Judge E. Clifton Knowles on 1/20/2012. (hb) (Entered: 01/20/2012) |
| 01/23/2012 | 79 | RECEIPT #34675020141 in the amount of $75.00 posted by Dyer and Berens LLP for Jeffrey A. Berens, attorney for Tanya Snodgrass and Thomas Snodgrass, re 55 Motion to Appear Pro Hac Vice. (dt) (Entered: 01/24/2012) |
| 01/24/2012 | | DISREGARD DE 80-Motion. Filed in error and deleted from docket. (af) (Entered: 01/24/2012) |
| 01/24/2012 | | $75 fee paid as to Motion to Appear PHV, DE 76 . (af) (Entered: 01/24/2012) |
| 01/24/2012 | 80 | APPENDIX filed by Ramon Gobbo re 24 Memorandum in Support,, 59 Reply to Response to Motion, 44 Response in Opposition to Motion,. (Federman, William) (Entered: 01/24/2012) |
| 01/25/2012 | 81 | ORDER granting 55 Motion for Jeffrey A. Berens to Appear Pro Hac Vice. Signed by Magistrate Judge E. Clifton Knowles on 1/25/2012. (hb) (Entered: 01/25/2012) |
| 01/25/2012 | | E-mail sent to Atty. Jeffrey Berens regarding mandatory CM/ECF registration. (hb) (Entered: 01/25/2012) |
| 02/03/2012 | 82 | MOTION for attorney(s) Leigh Robbin Handelman to Appear Pro Hac Vice *on Behalf of* |

| | | |
|---|---|---|
| | | *Plaintiff Sopuch* (paid $75 PHV fee; receipt number 0650-1232439) by Kevin Sopuch. (Attachments: # 1 Exhibit A-Certificate of Good Standing of Leigh Robbin Handelman, # 2 Proposed Order Granting Pro Hac Vice Admission of Leigh Robbin Handelman) (Bramlett, Paul) (Entered: 02/03/2012) |
| 02/14/2012 | | BAR STATUS for Attorney, Leigh Robbin Handelman of IL, verified as active on this date. (afs) (Entered: 02/14/2012) |
| 02/14/2012 | 83 | ORDER granting 82 Motion for Leigh Robbin Handelman to Appear Pro Hac Vice. Signed by Magistrate Judge E. Clifton Knowles on 2/14/12. (afs) (Entered: 02/14/2012) |
| 02/22/2012 | 84 | NOTICE by Ramon Gobbo re 23 MOTION to Consolidate Cases - *Movant Ramon Gobbo's Motion for Consolidation, Appointment of Lead Plaintiff, and Approval of Proposed Plaintiffs Selection of Lead Liaison Counsel (Recent Authority)* (Attachments: # 1 Exhibit A - Memorandum & Order)(Federman, William) (Entered: 02/22/2012) |
| 02/29/2012 | 85 | RESPONSE to 23 MOTION to Consolidate Cases - *Movant Ramon Gobbo's Motion for Consolidation, Appointment of Lead Plaintiff, and Approval of Proposed Plaintiffs Selection of Lead Liaison Counsel (Response to Ramon Gobbo's Notice of Recent Authority)* filed by Agfeed Investor Group. (Lieberman, Jeremy) Modified on 3/1/2012 (afs). (Entered: 02/29/2012) |
| 02/29/2012 | 86 | ORDER granting 76 Motion for Michele E. Rose to Appear Pro Hac Vice. Signed by Magistrate Judge E. Clifton Knowles on 2/29/12. (afs) Modified on 2/29/2012 (afs). (Entered: 02/29/2012) |
| 03/06/2012 | 87 | RECEIPT #34675020705 in the amount of $150.00 posted by Ramon Gobbo re 36 Motion to Appear Pro Hac Vice. (afs) (Entered: 03/06/2012) |
| 03/07/2012 | 88 | ORDER granting 36 Motion for William B Federman and Stuart W. Emmons to Appear Pro Hac Vice. Signed by Magistrate Judge E. Clifton Knowles on 3/7/12. (afs) (Entered: 03/07/2012) |
| 03/29/2012 | 89 | MOTION to Ascertain Status of PENDING MOTIONS FOR THE APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL by Justin R. Metz, Jane Riggle. (Barrett, George) (Entered: 03/29/2012) |
| 04/10/2012 | 90 | ORDER: AgFeed Investor Group's 28 Motion for Consolidation, Appointment as Lead Pltf and Approval of Co-Lead and Liaison Counsel is GRANTED, and AgFeed Investor Group is hereby appointed as Lead Pltf in these cases. The three opposing Motions 23 , 25 , 30 are DENIED. AIGs selection of Co-Lead Counsel and Liaison Counsel to represent the Class is APPROVED. Signed by Magistrate Judge E. Clifton Knowles on 4/10/12. (rd) Modified on 4/10/2012 (rd). (Entered: 04/10/2012) |
| 04/10/2012 | 91 | COPY OF ORDER: This matter is before the Court upon two Motions to Consolidate the instant case with Case No. 3:11-0992, Lawrence Blitz v. Agfeed Industries, Inc., et al. Docket Nos. 4, 10. One of the Motions also seeks appointment of Lead Plaintiff and approval of proposed Lead Plaintiff's selection of Lead and Liaison counsel. The Motions to Consolidate are unopposed, and, because this case is related to the other consolidated cases, the Motions are GRANTED. That portion of Docket Entry No. 4 regarding the appointment of a Lead Plaintiff and approval of proposed Lead Plaintiff's selection of Lead and Liaison counsel will be addressed in a separate Order in the lead case (No. 3:11-992). IT IS SO ORDERED. All future filing should be made in the Lead Case, 3:11-cv-992. Signed by Magistrate Judge E. Clifton Knowles on 4/10/2012. (hb) (Entered: 04/10/2012) |
| 04/10/2012 | 92 | ORDER: The 69 Motion for Oral Hearing filed by Justin R. Metz and Jane Riggle is DENIED AS MOOT. Signed by Magistrate Judge E. Clifton Knowles on 4/10/12. (rd) |

| | | |
|---|---|---|
| | | (Entered: 04/10/2012) |
| 04/24/2012 | 93 | MOTION for Review re 90 Order on Motion to Consolidate Cases, Order on Motion for Miscellaneous Relief,, Order on Motion to Appoint Counsel,,,, by Ramon Gobbo. (Federman, William) (Entered: 04/24/2012) |
| 04/24/2012 | 94 | MEMORANDUM in Support of 93 MOTION for Review re 90 Order on Motion to Consolidate Cases, Order on Motion for Miscellaneous Relief,, Order on Motion to Appoint Counsel,,,, filed by Ramon Gobbo. (Federman, William) (Entered: 04/24/2012) |
| 04/24/2012 | 95 | APPENDIX filed by Ramon Gobbo re 94 Memorandum in Support. (Federman, William) (Entered: 04/24/2012) |
| 04/24/2012 | 96 | MOTION for Review re 90 Order on Motion to Consolidate Cases, Order on Motion for Miscellaneous Relief,, Order on Motion to Appoint Counsel,,,, by Justin R. Metz, Jane Riggle. (Attachments: # 1 Attachment Appendix of Unreported Cases, # 2 Attachment Proposed Order)(Barrett, George) (Entered: 04/24/2012) |
| 04/25/2012 | 97 | MOTION for attorney(s) LOUIS C. LUDWIG to Appear Pro Hac Vice (paid $75 PHV fee; receipt number 0650-1281910) by Kevin Sopuch. (Attachments: # 1 Attachment Declaration of Louis C. Ludwig with Certificate of Good Standing, # 2 Proposed Order Granting Admission of Louis C. Ludwig)(Bramlett, Paul) (Entered: 04/25/2012) |
| 04/25/2012 | 98 | MOTION for attorney(s) JOSHUA B. SILVERMAN to Appear Pro Hac Vice, Filing fee paid, $75, by Agfeed Investor Group. (Attachments: # 1 Attachment Declaration and Certificate of Good Standing, # 2 Proposed Order Granting Pro Hac Vice Admission) (Bramlett, Paul) Modified on 4/27/2012 (afs). (Entered: 04/25/2012) |
| 04/30/2012 | | BAR STATUS for Attorneys, Joshua B. Silverman and Louis C. Ludwig of IL, verified as active on this date. (afs) (Entered: 04/30/2012) |
| 05/01/2012 | 99 | ORDER granting 97 Motion for Louis C. Ludwig to Appear Pro Hac Vice. Signed by Magistrate Judge E. Clifton Knowles on 5/1/12. (afs) (Entered: 05/02/2012) |
| 05/01/2012 | 100 | ORDER granting 98 Motion for Joshua B. Silverman to Appear Pro Hac Vice. Signed by Magistrate Judge E. Clifton Knowles on 5/1/12. (afs) (Entered: 05/02/2012) |
| 05/04/2012 | 101 | NOTICE by Ramon Gobbo re 93 MOTION for Review re 90 Order on Motion to Consolidate Cases, Order on Motion for Miscellaneous Relief,, Order on Motion to Appoint Counsel,,,, *(Withdrawal)* (Federman, William) (Entered: 05/04/2012) |
| 05/08/2012 | 102 | RESPONSE in Opposition re 96 MOTION for Review re 90 Order on Motion to Consolidate Cases, Order on Motion for Miscellaneous Relief,, Order on Motion to Appoint Counsel,,,, MOTION for Review re 90 Order on Motion to Consolidate Cases, Order on Motion for Miscellaneous Relief,, Order on Motion to Appoint Counsel,,,, filed by Agfeed Investor Group. (Attachments: # 1 Attachment Hood v Midwest Savings Bank, # 2 Attachment In Re CMED, # 3 Attachment In Re Surebeam, # 4 Attachment In Re Versata, # 5 Attachment Petrie v Electronic Game Card, # 6 Attachment Goldstein v Tongxin, # 7 Attachment Sabbagh v Cell Therapeutics)(Bramlett, Paul) (Entered: 05/08/2012) |
| 06/05/2012 | 103 | ORDER: The Court finds that the Magistrate Judge's 90 Order is neither clearly erroneous nor contratry to law, and is AFFIRMED. Pltf's 96 Motion for Review is DENIED. Signed by Chief Judge Todd J. Campbell on 6/5/12. (rd) (Entered: 06/05/2012) |
| 08/13/2012 | 104 | Joint MOTION for Extension of Time to File *Plaintiffs' Forthcoming Consolidated Amended Class Action Complaint and Responsive Pleading Thereto* by AgFeed Industries, Inc., Agfeed Investor Group, Raymond M. Cesca, Gerard Daignault, Clay |

| | | |
|---|---|---|
| | | Marshall, Edward Pazdro, John A. Stadler. (Attachments: # 1 Proposed Order) (Thompson, Overton) (Entered: 08/13/2012) |
| 08/17/2012 | 105 | ORDER denying 104 Motion for Extension of Time to File. Signed by Magistrate Judge E. Clifton Knowles on 8/17/12. (afs) (Entered: 08/17/2012) |
| 10/04/2012 | 106 | Joint MOTION to Amend/Correct *Establish Deadlines for Filing Plaintiffs' Forthcoming Consolidated Amended Class Action Complaint and Responsive Pleading Thereto* by AgFeed Industries, Inc., Raymond M. Cesca, Gerard Daignault, Clay Marshall, Edward Pazdro, John A. Stadler. (Attachments: # 1 Proposed Order [PROPOSED] Order on Amended Joint Motion to Establish Deadlines for Filing Plaintiffs' Forthcoming Consolidated Amended Class Action Complaint and Responsive Pleading Thereto) (Thompson, Overton) (Entered: 10/04/2012) |
| 10/05/2012 | 107 | ORDER granting 106 Motion to Amend/Correct. Signed by Magistrate Judge E. Clifton Knowles on 10/5/12. (DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)(afs) (Entered: 10/05/2012) |
| 10/05/2012 | 108 | ORDER granting 106 Motion to Amend Joint Motion to Establish Deadlines for filing Plaintiffs' forthcoming Consolidated Amended Class Action Complaint and Responsive Pleading thereto. Signed by Magistrate Judge E. Clifton Knowles on 10/5/12. (DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)(dt) (Entered: 10/05/2012) |
| 02/14/2013 | 109 | AMENDED COMPLAINT *of Lead Plaintiff AGFEED INVESTOR GROUP* against All Defendants, filed by Agfeed Investor Group.(Bramlett, Paul) (Entered: 02/14/2013) |
| 03/15/2013 | 110 | Summons issued as to Goldman Parks Kurland Mohidin, LLP, McGladrey & Pullen LLP. (eh) (Entered: 03/15/2013) |
| 03/25/2013 | 111 | AFFIDAVIT of Service for Summons served on Goldman Parks Kurland Mohidin on 03/22/2013, filed by Agfeed Investor Group. (Bramlett, Paul) (Entered: 03/25/2013) |
| 03/25/2013 | 112 | AFFIDAVIT of Service for Summons served on McGladrey & Pullen on 03/22/2013, filed by Agfeed Investor Group. (Bramlett, Paul) (Entered: 03/25/2013) |
| 04/08/2013 | 113 | MOTION for Extension of Time to File Answer *or Otherwise Respond to Consolidated Amended Class Action Complaint* by AgFeed Industries, Inc., Gerard Daignault, Clay Marshall, Edward Pazdro, John A. Stadler. (Attachments: # 1 Proposed Order) (Thompson, Overton) (Entered: 04/08/2013) |
| 04/09/2013 | 114 | ORDER: It appearing that this motion 113 should be granted. IT IS THEREFORE ORDERED that the time for Defendants to respond to Plaintiffs Consolidated Amended Class Action Complaint shall be extended and Defendants shall answer, move or otherwise respond to the Amended Complaint on or before Monday, April 22, 2013. Signed by Magistrate Judge E. Clifton Knowles on 4/9/13. (DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)(afs) (Entered: 04/09/2013) |
| 04/10/2013 | 115 | NOTICE of Appearance by Robert S. Patterson on behalf of McGladrey & Pullen LLP (Patterson, Robert) (Entered: 04/10/2013) |
| 04/10/2013 | 116 | MOTION for attorney(s) Michael D. Celio to Appear Pro Hac Vice (Fee not paid-due within 20 days) by McGladrey & Pullen LLP. (Attachments: # 1 Exhibit A - Certificates of Good Standing)(Patterson, Robert) (Entered: 04/10/2013) |
| 04/10/2013 | 117 | MOTION to Dismiss by McGladrey & Pullen LLP. (Patterson, Robert) (Entered: 04/10/2013) |
| | | |

| | | |
|---|---|---|
| 04/10/2013 | 118 | MEMORANDUM in Support of 117 MOTION to Dismiss filed by McGladrey & Pullen LLP . (Patterson, Robert) (Entered: 04/10/2013) |
| 04/10/2013 | 119 | CORPORATE DISCLOSURE STATEMENT filed by McGladrey & Pullen LLP. (Patterson, Robert) (Entered: 04/10/2013) |
| 04/11/2013 | | BAR STATUS for Attorney, Robert S. patteson of TN, verified as active on this date. (afs) (Entered: 04/11/2013) |
| 04/16/2013 | 120 | MOTION for attorney(s) Matan Shacham to Appear Pro Hac Vice (Fee not paid-due within 20 days) by McGladrey & Pullen LLP. (Attachments: # 1 Exhibit A - Certificates of Good Standing)(Patterson, Robert) (Entered: 04/16/2013) |
| 04/16/2013 | 121 | RECEIPT #34675026131 in the amount of $75.00 re 120 Motion to Appear Pro Hac Vice. (afs) (Entered: 04/16/2013) |
| 04/17/2013 | | BAR STATUS for Attorneys, Michael D. Celio and Matan Shacham of CA, verified as active on this date. (afs) (Entered: 04/17/2013) |
| 04/17/2013 | 122 | ORDER granting 120 Motion for Matan Shacham to Appear Pro Hac Vice. Signed by Magistrate Judge E. Clifton Knowles on 4/17/13. (DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)(afs) (Entered: 04/17/2013) |
| 04/18/2013 | | Email notification to attorney Matan Shacham re mandatory registration for a CM/ECF account. (afs) (Entered: 04/18/2013) |
| 04/18/2013 | 123 | RECEIPT #34675026168 in the amount of $75.00 re 116 Motion to Appear Pro Hac Vice. (afs) Modified on 4/22/2013 (afs). (Entered: 04/18/2013) |
| 04/19/2013 | 124 | ORDER granting 116 Motion for Michael D. Celio to Appear Pro Hac Vice. Signed by Magistrate Judge E. Clifton Knowles on 4/19/13. (DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)(dt) (Entered: 04/19/2013) |
| 04/22/2013 | 125 | MOTION to Dismiss *the Amended Complaint* by Gerard Daignault, Clay Marshall, Edward Pazdro, John A. Stadler. (Word, J.) (Entered: 04/22/2013) |
| 04/22/2013 | 126 | MEMORANDUM in Support of 125 MOTION to Dismiss *the Amended Complaint* filed by Gerard Daignault, Clay Marshall, Edward Pazdro, John A. Stadler . (Word, J.) (Entered: 04/22/2013) |
| 04/22/2013 | 127 | MOTION to Dismiss *the Amended Complaint* by AgFeed Industries, Inc.. (Word, J.) (Entered: 04/22/2013) |
| 04/22/2013 | 128 | MEMORANDUM in Support of 127 MOTION to Dismiss *the Amended Complaint* filed by AgFeed Industries, Inc. . (Word, J.) (Entered: 04/22/2013) |
| 04/22/2013 | 129 | DECLARATION of J. Christian Word filed by AgFeed Industries, Inc., Gerard Daignault, Clay Marshall, Edward Pazdro, John A. Stadler re: 127 MOTION to Dismiss *the Amended Complaint*, 125 MOTION to Dismiss *the Amended Complaint*. (Attachments: # 1 Exhibit 1 - Press Release, Exhibit to Form 8-K (Sept. 29, 2011), # 2 Exhibit 2 - Current Report (Form 8-K) (Dec. 19, 2011), # 3 Exhibit 3 - Press Release, Exhibit to Form 8-K (Jan. 31, 2012), # 4 Exhibit 4 - Business Update, Exhibit to Form 8-K (Apr. 19, 2012))(Word, J.) (Entered: 04/22/2013) |
| 04/24/2013 | 130 | Joint MOTION Establish Briefing Schedule *Filed by Plaintiff and* by Goldman Parks Kurland Mohidin, LLP. (Attachments: # 1 Proposed Order of Plaintiff & Defendant Goldman to Establish briefing Deadlines)(Bramlett, Paul) (Entered: 04/24/2013) |

| 04/25/2013 | 131 | RESPONSE in Opposition re 130 Joint MOTION Establish Briefing Schedule *Filed by Plaintiff and* filed by McGladrey & Pullen LLP. (Patterson, Robert) (Entered: 04/25/2013) |
|---|---|---|
| 04/25/2013 | 132 | SCHEDULING ORDER: Lead Plaintiffs and Defendant Goldman Parks Kurland Mohidin, LLP (Goldman) having filed a joint motion to establish a briefing schedule with respect to responses due to Motion to Dismiss, the Court finds that good cause has been shown to enter such a briefing schedule. IT IS HEREBY ORDERED THAT: 1. Defendant Goldman shall respond to the amended complaint on or before May 27, 2013; (SEE ORDER FOR ADDITIONAL DEADLINES). Signed by Magistrate Judge E. Clifton Knowles on 4/25/13. (DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)(afs) (Entered: 04/25/2013) |
| 04/26/2013 | 133 | MOTION for attorney(s) Christopher C. Kearney to Appear Pro Hac Vice (Fee not paid-due within 20 days) by McGladrey & Pullen LLP. (Attachments: # 1 Exhibit A - Certificates of Good Standing)(Patterson, Robert) (Entered: 04/26/2013) |
| 04/29/2013 | | BAR STATUS for Attorney, Christopher Kearney of CA, verified as active on this date. (afs) (Entered: 04/29/2013) |
| 05/03/2013 | 134 | RECEIPT #34675026385 in the amount of $75.00 re 133 Motion to Appear Pro Hac Vice. (afs) (Entered: 05/03/2013) |
| 05/06/2013 | 135 | ORDER granting 133 Motion for Christopher C. Kearney to Appear Pro Hac Vice. Signed by Magistrate Judge E. Clifton Knowles on 5/6/13. (DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)(afs) (Entered: 05/06/2013) |
| 05/09/2013 | 136 | Consent MOTION Set briefing schedule & allow excess page briefs by Agfeed Investor Group. (Attachments: # 1 Proposed Order)(Bramlett, Paul) (Entered: 05/09/2013) |
| 05/10/2013 | 137 | ORDER granting 136 Motion PLAINTIFFS UNOPPOSED MOTION FOR LEAVE TO FILE ACOMBINED RESPONSE BRIEF IN EXCESS OF TWENTY-FIVE (25) PAGES ANDNOT TO EXCEED THIRTY-FIVE (35) PAGES IN OPPOSITION TO THE AGFEEDDEFENDANTS MOTIONS TO DISMISS. Signed by Magistrate Judge E. Clifton Knowles on 5/10/13. (DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)(afs) (Entered: 05/10/2013) |
| 05/28/2013 | 138 | MOTION to Dismiss *Consolidated Amended Class Action Complaint* by Goldman Parks Kurland Mohidin, LLP. (Farringer, John) (Entered: 05/28/2013) |
| 05/28/2013 | 139 | MEMORANDUM in Support of 138 MOTION to Dismiss *Consolidated Amended Class Action Complaint* filed by Goldman Parks Kurland Mohidin, LLP . (Attachments: # 1 Attachment Unpublished Opinions)(Farringer, John) (Entered: 05/28/2013) |
| 05/28/2013 | 140 | NOTICE of Filing by Goldman Parks Kurland Mohidin, LLP re 138 MOTION to Dismiss *Consolidated Amended Class Action Complaint Declaration of John Farringer and Exhibits Thereto* (Attachments: # 1 Attachment Declaration of John Farringer, # 2 Exhibit A: AgFeed 2008 Form 10-K, # 3 Exhibit B: AgFeed 2009 Form 10-K, # 4 Exhibit C: AgFeed Letter to SEC, # 5 Exhibit D: BETL Registration, # 6 Exhibit E: Anshun Application, # 7 Exhibit F: AgFeed 2007 Form 10-K)(Farringer, John) (Entered: 05/28/2013) |
| 05/28/2013 | 141 | CORPORATE DISCLOSURE STATEMENT filed by Goldman Parks Kurland Mohidin, LLP. (Farringer, John) (Entered: 05/28/2013) |
| 05/29/2013 | 142 | NOTICE of Appearance by L. Webb Campbell, II on behalf of Goldman Parks Kurland Mohidin, LLP (Campbell, L.) (Entered: 05/29/2013) |

| | | |
|---|---|---|
| 05/30/2013 | | BAR STATUS for Attorneys, E. Webb Campbell II, and John L. Farringer IV of TN, verified as active on this date. (afs) (Entered: 05/30/2013) |
| 06/05/2013 | 143 | MOTION for attorney(s) Michael D. Hunt to Appear Pro Hac Vice (paid $75 PHV fee; receipt number 0650-1533648) by Goldman Parks Kurland Mohidin, LLP. (Attachments: # 1 Attachment Affidavit and Certificate of Good Standing)(Farringer, John) (Entered: 06/05/2013) |
| 06/05/2013 | 144 | MOTION for attorney(s) Heather S. Duplantis to Appear Pro Hac Vice (paid $75 PHV fee; receipt number 0650-1533666) by Goldman Parks Kurland Mohidin, LLP. (Attachments: # 1 Attachment Affidavit and Certificate of Good Standing)(Farringer, John) (Entered: 06/05/2013) |
| 06/06/2013 | | BAR STATUS for Attorneys, Michael D. Hunt and Heather S. Duplantis of LA verified as active on this date. (afs) (Entered: 06/06/2013) |
| 06/06/2013 | 145 | MOTION to limit terms of confidentiality agreeement by Agfeed Investor Group. (Attachments: # 1 Attachment Memorandum in Support, # 2 Attachment Affidavit of Webster, # 3 Exhibit to Affidavit of Webster-Consulting Agreement, # 4 Attachment Appendix of Unpublished Cases, # 5 Proposed Order)(Bramlett, Paul) (Entered: 06/06/2013) |
| 06/06/2013 | 146 | RESPONSE in Opposition re 127 MOTION to Dismiss *the Amended Complaint*, 125 MOTION to Dismiss *the Amended Complaint* filed by Agfeed Investor Group. (Attachments: # 1 Attachment Ludwig Declaration, # 2 Exhibit 1 to Ludwig Declaration-Agfeed Press Release, # 3 Exhibit 2 to Ludwig Declaration-Agfeed 8-K Filing-January 2013, # 4 Exhibit 3 to Ludwig Declaration-Agfeed 8-K Filing-May 2013, # 5 Attachment Appendix of Cases)(Bramlett, Paul) (Entered: 06/06/2013) |
| 06/10/2013 | 147 | ORDER granting 143 Motion for Michael D. Hunt to Appear Pro Hac Vice. Signed by Magistrate Judge E. Clifton Knowles on 6/10/13. (DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)(dt) (Entered: 06/10/2013) |
| 06/10/2013 | 148 | ORDER granting 144 Motion for Heather S. Duplantis to Appear Pro Hac Vice. Signed by Magistrate Judge E. Clifton Knowles on 6/10/13. (DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)(dt) (Entered: 06/10/2013) |
| 06/19/2013 | 149 | NOTICE of Appearance by James M. Doran, Jr on behalf of AgFeed Industries, Inc. (Doran, James) (Entered: 06/19/2013) |
| 06/19/2013 | 150 | MOTION for Extension of Time to File Response/Reply as to 145 MOTION to limit terms of confidentiality agreeement *JOINT MOTION FOR ADDITIONAL TIME TO RESPOND TO LEAD PLAINTIFFS' MOTION TO LIMIT CONFIDENTIALITY AGREEMENT AND TO ESTABLISH BRIEFING SCHEDULE* by AgFeed Industries, Inc.. (Attachments: # 1 Proposed Order)(Doran, James) (Entered: 06/19/2013) |
| 06/20/2013 | | Bar Status for Attorney James M. Doran Jr. of TN, verified as active on this date. (afs) (Entered: 06/20/2013) |
| 07/01/2013 | 151 | RESPONSE in Opposition re 145 MOTION to limit terms of confidentiality agreeement *AgFEED DEFENDANTS' BRIEF OPPOSING MOTION TO LIMIT ENFORCEABILITY OF NON-DISCLOSURE PROVISIONS IN WEBSTER CONSULTING AGREEMENT* filed by AgFeed Industries, Inc.. (Attachments: # 1 Attachment Declaration of Ivan Gothner)(Doran, James) (Entered: 07/01/2013) |
| 07/02/2013 | 152 | Consent MOTION to Withdraw Document 145 MOTION to limit terms of confidentiality agreeement by Agfeed Investor Group. (Attachments: # 1 Proposed Order Lifting Stay |

| | | |
|---|---|---|
| | | for Purpose of Deposition of Webster)(Bramlett, Paul) (Entered: 07/02/2013) |
| 07/08/2013 | 153 | REPLY to Response to Motion re 125 MOTION to Dismiss *the Amended Complaint* filed by Gerard Daignault, Clay Marshall, Edward Pazdro, John A. Stadler. (Attachments: # 1 Attachment Unpublished Opinion)(Thompson, Overton) (Entered: 07/08/2013) |
| 07/08/2013 | 154 | REPLY to Response to Motion re 127 MOTION to Dismiss *the Amended Complaint* filed by AgFeed Industries, Inc.. (Thompson, Overton) (Entered: 07/08/2013) |
| 07/10/2013 | 155 | ORDER: Court having reviewed and considered the motion and Defendants' lack of opposition to the motion, finds that good cause has been shown to grant Plaintiffs' motion, and HEREBY ORDERS THAT: 1. The stay of discovery in this case shall be lifted for the sole purposes of allowing a subpoena to issue for the production of documents by and deposition of Milton Webster III, and allowing such documents to be produced and such deposition to proceed. 2. In all other respects, the stay of discovery shall remain intact. 3. Plaintiffs' motion to limit the confidentiality agreement of Mr. Webster (Docket Entry # 145 ) is withdrawn as moot. Signed by Magistrate Judge E. Clifton Knowles on 7/10/13. (DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)(afs) (Entered: 07/10/2013) |
| 07/11/2013 | 156 | SUBPOENA issued to MILTON WEBSTER III and returned executed on 9-10-13 as to MILTON WEBSTER III by Agfeed Investor Group (Attachments: # 1 Attachment NOTICE TO ATTORNEYS OF FILING OF SUBPOENA)(Bramlett, Paul) (Entered: 07/11/2013) |
| 07/12/2013 | 157 | RESPONSE in Opposition re 117 MOTION to Dismiss *of Defendant McGladrey & Pullen LLP* filed by Agfeed Investor Group. (Attachments: # 1 Attachment Unpublished Case-Cross v Metro Gov't of Nashville-2013 WL 1899169 (MD TN))(Bramlett, Paul) (Entered: 07/12/2013) |
| 07/12/2013 | 158 | RESPONSE in Opposition re 138 MOTION to Dismiss *Consolidated Amended Class Action Complaint of Defendant Goldman* filed by Agfeed Investor Group. (Attachments: # 1 Attachment Unpublished Case-American Business Litigation-2008 WL 3405580 (EDPA), # 2 Attachment Unpublished Case-Cross v Metro Gov't of Nashville-2013 WL 1899169 (MD TN))(Bramlett, Paul) (Entered: 07/12/2013) |
| 07/16/2013 | 159 | NOTICE by Agfeed Investor Group *of the Filing of Bankruptcy by Defendant AgFeed* (Attachments: # 1 Exhibit A-AgFeed Bankruptcy Petition, # 2 Attachment Thompson v. Chautauqua Airlines, Inc., # 3 Attachment Ventimiglia v. Wells Fargo Bank, # 4 Attachment Manson v. Friedburg)(Bramlett, Paul) (Entered: 07/16/2013) |
| 07/19/2013 | 160 | SUGGESTION OF BANKRUPTCY Upon the Record as to AgFeed Industries, Inc. *and Notice of Operation of Automatic Stay* by AgFeed Industries, Inc.. (Thompson, Overton) (Entered: 07/19/2013) |
| 07/25/2013 | 161 | NOTICE of Appearance by James M. Doran, Jr on behalf of Gerard Daignault (Doran, James) (Entered: 07/25/2013) |
| 07/25/2013 | 162 | MOTION for attorney(s) Michael A. Bowen to Appear Pro Hac Vice (paid $75 PHV fee; receipt number 0650-1566921) by Gerard Daignault. (Doran, James) (Entered: 07/25/2013) |
| 07/25/2013 | 163 | CERTIFICATE OF GOOD STANDING of Attorney Michael A. Bowen from the United States District Court for the Eastern of Wisconsin filed by Gerard Daignault. (Doran, James) (Entered: 07/25/2013) |
| 07/26/2013 | | BAR STATUS for Attorney Michael A. Bowen of WI, verified as active on this date. (afs) (Entered: 07/26/2013) |

| 07/26/2013 | 164 | ORDER granting 162 Motion for Michael A. Bowen to Appear Pro Hac Vice. Signed by Magistrate Judge E. Clifton Knowles on 7/26/13. (afs) (Entered: 07/26/2013) |
| --- | --- | --- |
| 08/06/2013 | 165 | MOTION for Leave to File Reply Brief in Support of Motion to Dismiss re 117 MOTION to Dismiss by McGladrey & Pullen LLP. (Attachments: # 1 Exhibit A - Proposed Reply Brief in Support of Motion to Dismiss)(Patterson, Robert) (Entered: 08/06/2013) |
| 08/07/2013 | 166 | ORDER: Pending before the Court is Defendant McGladry & Pullen LLP's Motion for Leave to File Reply Brief (Docket No. 165 ). The Motion is GRANTED, and the Clerk is directed to file the Reply Brief attached to the Motion. To the extent any other party wishes to file a Reply Brief related to the pending Motions to Dismiss, any Replies shall be filed by August 14, 2013. IT IS SO ORDERED. Signed by District Judge Todd J. Campbell on 8/7/13. (afs) (Entered: 08/07/2013) |
| 08/07/2013 | 167 | REPLY filed by McGladrey & Pullen LLP re 117 Motion to Dismiss filed by McGladrey & Pullen LLP. (afs) Modified on 8/8/2013 (afs). (Entered: 08/07/2013) |
| 08/08/2013 | 168 | Summons issued as to Songyan Li. (afs) (Entered: 08/08/2013) |
| 08/12/2013 | 169 | REPLY to Response to Motion re 138 MOTION to Dismiss *Consolidated Amended Class Action Complaint* filed by Goldman Parks Kurland Mohidin, LLP. (Farringer, John) (Entered: 08/12/2013) |
| 08/13/2013 | 170 | MOTION to Amend/Correct *to file Second Amended Complaint* by Agfeed Investor Group. (Attachments: # 1 Exhibit A-Webster Deposition Transcript, # 2 Exhibit B-proposed Second Amended Complaint, # 3 Exhibit C-redline Second Amended Complaint, # 4 Attachment Certificate of Service, # 5 Proposed Order Granting Plaintiffs Leave to File Second Amended Complaint)(Bramlett, Paul) (Entered: 08/13/2013) |
| 08/14/2013 | 171 | Amended MOTION to Amend/Correct 170 MOTION to Amend/Correct *to file Second Amended Complaint Substitute Filing to Attach Corrected Exhibits B & C* by Agfeed Investor Group. (Attachments: # 1 Exhibit A-Webster Deposition, # 2 Exhibit B-proposed Second Amended Complaint, # 3 Exhibit C-redline version of proposed Second Amended Complaint, # 4 Proposed Order Granting Plaintiff Leave to File second Amended Complaint, # 5 Attachment Certificate of Service)(Bramlett, Paul) (Entered: 08/14/2013) |
| 08/27/2013 | 172 | RESPONSE to Motion re 171 Amended MOTION to Amend/Correct 170 MOTION to Amend/Correct *to file Second Amended Complaint Substitute Filing to Attach Corrected Exhibits B & C*, 170 MOTION to Amend/Correct *to file Second Amended Complaint* filed by Goldman Parks Kurland Mohidin, LLP. (Farringer, John) (Entered: 08/27/2013) |
| 08/29/2013 | 173 | RESPONSE in Opposition re 170 MOTION to Amend/Correct *to file Second Amended Complaint* filed by McGladrey & Pullen LLP. (Celio, Michael) (Entered: 08/29/2013) |
| 08/30/2013 | | Note to Filer re DE# 173 : This document is a scanned document; scanning should only be used for documents not created on your computer. This document does not need to be re-filed unless otherwise directed by the Court. (afs) (Entered: 08/30/2013) |
| 09/04/2013 | 174 | MOTION Motion to File Reply Brief re 173 Response in Opposition to Motion by Agfeed Investor Group. (Attachments: # 1 Exhibit A-proposed Reply Brief, # 2 Proposed Order)(Bramlett, Paul) (Entered: 09/04/2013) |
| 09/04/2013 | 175 | ORDER: Plaintiffs' Motion For Leave To File A Reply 174 In Support Of Motion For Leave To File Second Consolidated Amended Class Action Complaint, Instanter is granted. Signed by Magistrate Judge E. Clifton Knowles on 9/4/13. (DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)(afs) (Entered: 09/04/2013) |

| 09/04/2013 | 176 | REPLY to Response to Motion re 174 MOTION Motion to File Reply Brief re 173 Response in Opposition to Motion filed by Agfeed Investor Group. (Bramlett, Paul) (Entered: 09/04/2013) |
| --- | --- | --- |
| 09/04/2013 | 177 | ***DISREGARD DUPLICATE OF DE [176}*** LEAD PLAINTIFFS' REPLY IN SUPPORT OF re 171 Motion to Amend. filed by Lawrence Blitz (afs) Modified on 9/5/2013 (afs). (Entered: 09/04/2013) |
| 09/05/2013 | | ***DISREGARD DE 177 DUPLICATE OF DE 176 ***. (afs) (Entered: 09/05/2013) |
| 09/19/2013 | 178 | ORDER: For the foregoing reasons, the instant Motion (Docket No. 171 ), is GRANTED.IT IS SO ORDERED. (DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)(afs) (Entered: 09/19/2013) |
| 09/19/2013 | 179 | ORDER: In light of the filing of the Second Consolidated Class Action Amended Complaint (see Docket Nos. 178 and 171 -2), the three pending Motions to Dismiss (Docket Nos. 117 , 125 and 138 ) are DENIED as moot. IT IS SO ORDERED. Signed by District Judge Todd J. Campbell on 9/19/13. (afs) (Entered: 09/20/2013) |
| 09/19/2013 | 180 | AMENDED COMPLAINT against All Defendants, filed by Lead Plaintiffs William McCaffery, Ginger-Haubeck McCaffery, Joseph Boccuti, Larry Ewing and Stephen Areneault.(afs) (Entered: 09/20/2013) |
| 09/30/2013 | 181 | ORDER: In light of the filing of the Second Consolidated Class Action Amended Complaint (see Docket Nos. 178 and 171-2), Agfeed, Inc.'s Motion to Dismiss the Amended Complaint (Docket No. 127 ) is DENIED as moot. IT IS SO ORDERED. Signed by District Judge Todd J. Campbell on 9/30/13. (afs) (Entered: 09/30/2013) |
| 10/08/2013 | 182 | Joint MOTION establishment of Deadlines for Briefing re 180 Amended Complaint by Agfeed Investor Group. (Attachments: # 1 Proposed Order AGREED, # 2 Attachment CERTIFICATE OF SERVICE)(Bramlett, Paul) (Entered: 10/08/2013) |
| 10/10/2013 | 183 | ORDER: IT IS ORDERED that: Moving Defendants shall file any motion to dismiss the Second Consolidated Amended Class Action Complaint no later than November 18, 2013; Lead Plaintiffs opposition to any and all motions to dismiss the Second Consolidated Amended Class Action Complaint shall be filed no later than January 6, 2014; and Moving Defendants shall file reply memoranda, if any, in support of their pending motions to dismiss no later than February 6, 2014. SO ORDERED. Signed by Magistrate Judge E. Clifton Knowles on 10/10/13. (DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)(afs) (Entered: 10/10/2013) |
| 11/15/2013 | 184 | Joint MOTION for Extension of Time to File Response/Reply *Joint Motion for Additional Time for U.S. Defendants to Respond to Second Amended Complaint* by AgFeed Industries, Inc., Agfeed Investor Group. (Attachments: # 1 Attachment - Proposed Order)(Thompson, Overton) (Entered: 11/15/2013) |
| 11/18/2013 | 185 | ORDER: IT IS ORDERED that: Moving U.S. Defendants shall file any motion to dismiss the Second Amended Complaint ("SAC") no later than December 9, 2013; Lead Plaintiffs opposition to U.S. Defendants motion to dismiss the SAC shall be filed no later than January 27, 2014; Moving U.S. Defendants shall file reply memoranda, if any, in support of their pending motion to dismiss no later than February 27, 2014; and This Order does not adjust the schedule for briefing motions to dismiss by the non-moving auditor defendants. SO ORDERED. Signed by Magistrate Judge E. Clifton Knowles on 11/18/13. (DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)(afs) (Entered: 11/18/2013) |
| 11/18/2013 | 186 | MOTION to Dismiss for Failure to State a Claim *Second Consolidated Amended Class* |

| | | |
|---|---|---|
| | | *Action Complaint* by Goldman Parks Kurland Mohidin, LLP. (Farringer, John) (Entered: 11/18/2013) |
| 11/18/2013 | 187 | MEMORANDUM in Support of 186 MOTION to Dismiss for Failure to State a Claim *Second Consolidated Amended Class Action Complaint* filed by Goldman Parks Kurland Mohidin, LLP . (Attachments: # 1 Attachment Appendix of Unpublished Cases) (Farringer, John) (Entered: 11/18/2013) |
| 11/18/2013 | 188 | MOTION to Dismiss *Plaintiffs' Second Consolidated Amended Class Action Complaint* by McGladrey & Pullen LLP. (Celio, Michael) (Entered: 11/18/2013) |
| 11/18/2013 | 189 | MEMORANDUM in Support of 188 MOTION to Dismiss *Plaintiffs' Second Consolidated Amended Class Action Complaint* filed by McGladrey & Pullen LLP . (Attachments: # 1 Attachment Appendix of Unpublished Cases)(Celio, Michael) (Entered: 11/18/2013) |
| 11/27/2013 | 190 | ORDER: Pending before the Court are Defendant Goldman Kurland Mohidin, LLP's Motion To Dismiss The Second Consolidated Amended Class Action Complaint (Docket No. 186), and Defendant McGladrey & Pullen LLP's Motion To Dismiss Plaintiff's Second Consolidated Amended Class Action Complaint (Docket No. 188). The Motions are REFERRED to the Magistrate Judge for a report and recommendation. IT IS SO ORDERED. Signed by District Judge Todd J. Campbell on 11/27/13. (af) (Entered: 11/27/2013) |
| 12/06/2013 | 191 | Joint MOTION for Extension of Time to File Response/Reply *Second Joint Motion for Additional Time for U.S. Defendants to Respond to Second Amended Complaint* by AgFeed Industries, Inc.. (Attachments: # 1 Proposed Order on Second Joint Motion) (Thompson, Overton) (Entered: 12/06/2013) |
| 12/09/2013 | 192 | ORDER granting 191 Joint MOTION for Extension of Time to File Response/Reply *Second Joint Motion for Additional Time for U.S. Defendants to Respond to Second Amended Complaint*. Signed by Magistrate Judge E. Clifton Knowles on 12/9/13. (afs) (Entered: 12/09/2013) |
| 01/06/2014 | 193 | MOTION to Dismiss *Plaintiffs' Second Consolidated Amended Class Action Complaint* by AgFeed Industries, Inc., Gerard Daignault, Clay Marshall, Edward Pazdro, John A. Stadler. (Word, J.) (Entered: 01/06/2014) |
| 01/06/2014 | 194 | MEMORANDUM in Support of 193 MOTION to Dismiss *Plaintiffs' Second Consolidated Amended Class Action Complaint* filed by AgFeed Industries, Inc., Gerard Daignault, Clay Marshall, Edward Pazdro, John A. Stadler . (Word, J.) (Entered: 01/06/2014) |
| 01/06/2014 | 195 | DECLARATION of J. Christian Word filed by AgFeed Industries, Inc., Gerard Daignault, Clay Marshall, Edward Pazdro, John A. Stadler re: 193 MOTION to Dismiss *Plaintiffs' Second Consolidated Amended Class Action Complaint*. (Attachments: # 1 Exhibit 1-Press Release dated 9/29/11, # 2 Exhibit 2-Current Report dated 12/16/11, # 3 Exhibit 3-Press Release dated 1/31/12, # 4 Exhibit 4-AgFeed Update dated 4/19/12, # 5 Exhibit 5-Current Report dated 5/16/13, # 6 Exhibit 6-Current Report dated 7/15/13, # 7 Exhibit 7-Current Report dated 9/30/13)(Word, J.) (Entered: 01/06/2014) |
| 01/06/2014 | 196 | RESPONSE in Opposition re 188 MOTION to Dismiss *Plaintiffs' Second Consolidated Amended Class Action Complaint* filed by Agfeed Investor Group. (Bramlett, Paul) (Entered: 01/06/2014) |
| 01/06/2014 | 197 | RESPONSE in Opposition re 186 MOTION to Dismiss for Failure to State a Claim *Second Consolidated Amended Class Action Complaint* filed by Agfeed Investor Group. (Bramlett, Paul) (Entered: 01/06/2014) |

| 01/07/2014 | 198 | ORDER: Pending before the Court is the U.S. Defendants' Motion to Dismiss Plaintiffs' Second Consolidated Amended Class Action Complaint (Docket No. 193). The Motion is REFERRED to the Magistrate Judge for a Report and Recommendation. IT IS SO ORDERED. Signed by District Judge Todd J. Campbell on 1/7/14. (afs) (Entered: 01/07/2014) |
|---|---|---|
| 02/06/2014 | 199 | REPLY to Response to Motion re 186 MOTION to Dismiss for Failure to State a Claim *Second Consolidated Amended Class Action Complaint* filed by Goldman Parks Kurland Mohidin, LLP. (Farringer, John) (Entered: 02/06/2014) |
| 02/06/2014 | 200 | REPLY to Response to Motion re 188 MOTION to Dismiss *Plaintiffs' Second Consolidated Amended Class Action Complaint* filed by McGladrey & Pullen LLP. (Celio, Michael) (Entered: 02/06/2014) |
| 02/20/2014 | 201 | Joint MOTION for Extension of Time to File Response/Reply by Agfeed Investor Group. (Attachments: # 1 Proposed Order Granting Extension of Briefing Deadlines)(Bramlett, Paul) (Entered: 02/20/2014) |
| 02/21/2014 | 202 | ORDER: Lead Plaintiffs' opposition to U.S. Defendants' Motion to Dismiss the Second Amended Complaint shall be filed no later than March 10, 2014. Moving U.S. Defendants shall file reply memoranda, if any, in support of theirpending Motion to Dismiss the Second Amended Complaint no later than April10, 2014. Signed by Magistrate Judge E. Clifton Knowles on 2/21/14. (DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)(dt) (Entered: 02/21/2014) |
| 03/10/2014 | 203 | Joint MOTION for Extension of Time to File Response/Reply as to 193 MOTION to Dismiss *Plaintiffs' Second Consolidated Amended Class Action Complaint* by Agfeed Investor Group. (Attachments: # 1 Proposed Order Extending Deadlines for Response and Reply to Motion to Dismiss)(Bramlett, Paul) (Entered: 03/10/2014) |
| 03/11/2014 | 204 | ORDER: Lead Plaintiffs' opposition to U.S. Defendants' Motion to Dismiss the Second Amended Complaint shall be filed no later than 3/31/2014. Moving U.S. Defendants shall file reply memoranda, if any, in support of their pending Motion to Dismiss the Second Amended Complaint no later than 5/1/2014. Signed by District Magistrate Judge E. Clifton Knowles on 3/11/14. (DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)(dt) Modified Text on 3/12/2014 (dt). (Entered: 03/11/2014) |
| 03/31/2014 | 205 | Joint MOTION for Extension of Time to File Response/Reply as to 193 MOTION to Dismiss *Plaintiffs' Second Consolidated Amended Class Action Complaint* by Agfeed Investor Group. (Attachments: # 1 Proposed Order Extending Deadlines for Response and Reply to Motion to Dismiss #193)(Bramlett, Paul) (Entered: 03/31/2014) |
| 04/01/2014 | 206 | ORDER granting 205 Motion for Extension of Time to File Response/Reply re as to 193 MOTION to Dismiss *Plaintiffs' Second Consolidated Amended Class Action Complaint* Signed by Magistrate Judge E. Clifton Knowles on 4/1/14. (DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)(afs) (Entered: 04/01/2014) |
| 04/28/2014 | 207 | Third MOTION for Extension of Time to File Response/Reply *to US Defendants' Motion to Dismiss* by Agfeed Investor Group. (Attachments: # 1 Proposed Order Granting Plaintiffs Additional Time to Respond to U. S. Defendants' Motion to Dismiss)(Bramlett, Paul) (Entered: 04/28/2014) |
| 04/29/2014 | 208 | ORDER granting 207 Motion for Extension of Time to File Response to US Defendants' Motion to Dismiss. Signed by Magistrate Judge E. Clifton Knowles on 4/29/14. (afs) (Entered: 04/29/2014) |

| | | |
|---|---|---|
| 05/19/2014 | 209 | Consent MOTION for Extension of Time to File Response/Reply as to 193 MOTION to Dismiss *Plaintiffs' Second Consolidated Amended Class Action Complaint (Unopposed by Defendants)* by Agfeed Investor Group. (Attachments: # 1 Proposed Order (Unopposed) Extending Motion Briefing Deadlines)(Bramlett, Paul) (Entered: 05/19/2014) |
| 06/09/2014 | 210 | Joint MOTION to Stay *Proceedings as between Plaintiffs & US Defendants* by Agfeed Investor Group. (Attachments: # 1 Proposed Order of Stay)(Bramlett, Paul) (Entered: 06/09/2014) |
| 06/10/2014 | 211 | ORDER: Pending before the Court is a Joint Motion for Stay of Proceedings Due to Settlement (Docket No. 210 ). The Motion is GRANTED, and this case is STAYED, pending further Order of the Court. The parties shall promptly notify the Court if and when a settlement agreement is reached and, in any event, shall file a Status Report with the Court by August 15, 2014. IT IS SO ORDERED. Signed by District Judge Todd J. Campbell on 6/10/14. (afs) (Entered: 06/10/2014) |
| 06/11/2014 | 212 | ORDER: Motion 209 denied as moot. Signed by Magistrate Judge E. Clifton Knowles on 6/11/14. (afs) (Entered: 06/11/2014) |
| 08/14/2014 | 213 | STATUS REPORT *as to Settlement* by AgFeed Industries, Inc., Agfeed Investor Group, Gerard Daignault, Clay Marshall, Edward Pazdro, John A. Stadler. (Bramlett, Paul) (Entered: 08/14/2014) |
| 08/15/2014 | 214 | ORDER: The stay is lifted, and the case is REOPENED. The case is referred to the Magistrate Judge to enter an appropriate scheduling order to bring this litigation to its conclusion. Jury Trial set for 2/3/2015 at 9:00 AM before District Judge Todd J. Campbell. Pretrial Conference set for 1/23/2015 at 1:00 PM before District Judge Todd J. Campbell. Exhibit List and Witness List due by 1/16/2015. Proposed Pretrial Order due by 1/16/2015. Signed by District Judge Todd J. Campbell on 8/15/14. (DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)(dt) (Entered: 08/15/2014) |
| 08/19/2014 | 215 | ORDER: Judge Campbell entered an Order on August 15, 2014, setting the jury trial in this matter for February 3, 2015. Docket No. 214 . The parties are directed to confer on a proposed case management order, consistent with the trial date of February 3, 2015, to be submitted on or before August 29, 2014. If the parties cannot agree on deadlines, counsel shall promptly contact the Court, and a Case Management Conference will be held on September 3, 2014, at 10:30 a.m. before the undersigned. Signed by Magistrate Judge E. Clifton Knowles on 8/19/14. (afs) (Entered: 08/19/2014) |
| 08/21/2014 | 216 | MOTION Request for Telephonic Appearance by McGladrey & Pullen LLP. (Celio, Michael) (Entered: 08/21/2014) |
| 08/22/2014 | 217 | ORDER: Motion 216 granted. Signed by Magistrate Judge E. Clifton Knowles on 8/22/14. (afs) (Entered: 08/22/2014) |
| 08/27/2014 | 218 | MOTION To Appear Telephonically at Case Management Conference by Agfeed Investor Group. (Bramlett, Paul) (Entered: 08/27/2014) |
| 08/28/2014 | 219 | ORDER granting 218 Motion To Appear Telephonically at Case Management Conference. Signed by Magistrate Judge E. Clifton Knowles on 8/28/14. (DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)(dt) (Entered: 08/28/2014) |
| 08/29/2014 | 220 | Joint MOTION to Continue *Case Management Conference and to Allow Appearance by Telephone* by Goldman Parks Kurland Mohidin, LLP. (Farringer, John) (Entered: 08/29/2014) |

| 09/02/2014 | 221 | ORDER: Pending before the Court is the parties' Joint Motion to Continue Case Management Conference and to Allow Appearance by Telephone. Docket No. 220. The Motion is GRANTED to the extent that the case management conference is continued to September 11, 2014, at 10:30 a.m. The Motion is DENIED as to any counsel appearing telephonically for the case management conference, absent extraordinary circumstances. IT IS SO ORDERED. Signed by Magistrate Judge E. Clifton Knowles on 9/2/14. (af) (Entered: 09/02/2014) |
|---|---|---|
| 09/05/2014 | 222 | REPORT AND RECOMMENDATION: For the reasons discussed above, the undersigned recommends that Defendant's Motion to Dismiss (Docket No. 186 ) be GRANTED, and that this action be DISMISSED. Signed by Magistrate Judge E. Clifton Knowles on 9/5/14. (DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)(afs) (Entered: 09/05/2014) |
| 09/08/2014 | 223 | ORDER: In view of the foregoing, the instant Motions to Dismiss (Docket Nos. 188 , 193 ) are DENIED AS MOOT. IT IS SO ORDERED. Signed by Magistrate Judge E. Clifton Knowles on 9/8/14. (DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)(afs) (Entered: 09/08/2014) |
| 09/10/2014 | 224 | MOTION to Continue *Case Management Conference and Notice of Settlement of Case* by Agfeed Investor Group. (Bramlett, Paul) (Entered: 09/10/2014) |
| 09/10/2014 | 225 | ORDER granting 224 Motion to Continue. Signed by Magistrate Judge E. Clifton Knowles on 9/10/14. (afs) (Entered: 09/10/2014) |
| 09/17/2014 | 226 | MOTION for Settlement *UNOPPOSED* by Agfeed Investor Group. (Attachments: # 1 Exhibit 1-Proposed Order-Preliminary, # 2 Attachment Appendix A-Stipulation of Settlement, # 3 Attachment Appendix A-Exhibit 1-Notice of Proposed Settlement, # 4 Attachment Appendix A-Exhibit 2-Summary Notice, # 5 Attachment Appendix A-Exhibit 3-Proof of Claim Form, # 6 Attachment Appendix B-Proposed Final Approval Order, # 7 Attachment Appendix C-Unpublished Cases)(Bramlett, Paul) (Entered: 09/17/2014) |
| 09/18/2014 | 227 | ORDER: Pending before the Court is Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (Docket No. 226 ). The Court will hold a hearing on Plaintiffs' Motion on Thursday, October 2, 2014, at 1:00 p.m. IT IS SO ORDERED. Signed by District Judge Todd J. Campbell on 9/18/14. (DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)(afs) (Entered: 09/18/2014) |
| 09/25/2014 | 228 | ORDER ADOPTING REPORT AND RECOMMENDATIONS: Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 222 ), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved. Accordingly, the Motion to Dismiss filed by Defendant Goldman Kurland & Modhidin, LLP (Docket No. 186) is GRANTED, and Plaintiffs' claims against Defendant Goldman Kurland & Modhidin, LLP are DISMISSED.The remaining claims are the subject of a Motion for Preliminary Approval of Class Action Settlement, which will be heard in this Court on October 2, 2014. IT IS SO ORDERED. Signed by District Judge Todd J. Campbell on 9/25/14. (afs) (Entered: 09/25/2014) |
| 10/02/2014 | | Minute Entry for proceedings held before District Judge Todd J. Campbell: Motion Hearing held on 10/2/2014 re 226 Unopposed Motion for Preliminary Approval of Settlement. Order to enter.(Court Reporter Cathy Leigh.)(Bush, Doris) (Entered: 10/02/2014) |
| 10/02/2014 | 229 | PRELIMINARY APPROVAL ORDER: Final Approval Hearing set for 12/8/2014 at |

| | | 12:00 NOON in Courtroom 874 before District Judge Todd J. Campbell. A Properly executed Proof of Claim and Release shall be submitted by first class mail, postage prepaid, postmarked no later than December 31, 2014. Signed by District Judge Todd J. Campbell on 10/2/14. (DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)(afs) (Entered: 10/02/2014) |
|---|---|---|
| 10/08/2014 | 230 | NOTICE by Agfeed Investor Group *of Intent to Distribute Cy Pres Funds If Available Upon Final Settlement and Distribution to Shareholders* (Bramlett, Paul) (Entered: 10/08/2014) |
| 10/17/2014 | 231 | MOTION for attorney(s) Sara Fuks to Appear Pro Hac Vice *for Plaintiffs* (paid $75 PHV fee; receipt number 0650-1860912) by Agfeed Investor Group. (Attachments: # 1 Attachment Declaration of Sara Fuks, # 2 Exhibit A-Certificate of Good Standing, # 3 Proposed Order Granting Admission Pro Hac Vice)(Bramlett, Paul) (Entered: 10/17/2014) |
| 10/20/2014 | | BAR STATUS for Attorney, Sara E. Fuks of NY, verified as active on this date. (afs) (Entered: 10/20/2014) |
| 10/20/2014 | 232 | ORDER granting 231 Motion for to Appear Pro Hac Vice. Signed by Magistrate Judge E. Clifton Knowles on 10/20/14. (afs) (Entered: 10/20/2014) |
| 11/17/2014 | 233 | MOTION for Attorney Fees *and Reimbursement of Expenses* by Agfeed Investor Group. (Bramlett, Paul) (Entered: 11/17/2014) |
| 11/17/2014 | 234 | MEMORANDUM in Support of 233 MOTION for Attorney Fees *and Reimbursement of Expenses* filed by Agfeed Investor Group . (Attachments: # 1 Attachment Silverman Declaration, # 2 Exhibit A-Resume of Pomerantz, # 3 Exhibit B-Rosen Affidavit and Lodestar, # 4 Exhibit C-Bramlett Affidavit & Lodestar, # 5 Exhibit D-Pomerantz Lodestar, # 6 Exhibit E-Pomerantz Expenses)(Bramlett, Paul) (Entered: 11/17/2014) |
| 11/17/2014 | 235 | MOTION Final Approval of Settlement by Agfeed Investor Group. (Bramlett, Paul) (Entered: 11/17/2014) |
| 11/17/2014 | 236 | MEMORANDUM in Support of 235 MOTION Final Approval of Settlement filed by Agfeed Investor Group . (Attachments: # 1 Exhibit 1-Disclosure Statement, # 2 Exhibit 2-Notice of Deadlines, # 3 Exhibit 3-Thurin Declaration, # 4 Exhibit 4-Proposed Order & Final Judgment)(Bramlett, Paul) (Entered: 11/17/2014) |
| 11/17/2014 | 237 | PROPOSED ORDER OF DISMISSAL filed by Agfeed Investor Group. (Bramlett, Paul) (Entered: 11/17/2014) |
| 12/01/2014 | 238 | NOTICE FROM National Registered Agents, Inc. regarding receipt of documents. (afs) (Entered: 12/02/2014) |
| 12/02/2014 | 239 | NOTICE by Agfeed Investor Group re 236 Memorandum in Support, *Attachment to Proposed Order #236-4* (Attachments: # 1 Exhibit A-Persons Who Have Asked To Be Excluded From Class)(Bramlett, Paul) (Entered: 12/02/2014) |
| 12/05/2014 | 240 | NOTICE of Appearance by R. Brandon Bundren on behalf of McGladrey & Pullen LLP (Bundren, R.) (Entered: 12/05/2014) |
| 12/05/2014 | 241 | NOTICE by Lawrence Blitz re 239 Notice (Other), 236 Memorandum in Support, *Amended Notice of Opt-outs listed in Exhibit to Proposed Order* (Attachments: # 1 Exhibit A-Additional Opt-out received today)(Bramlett, Paul) (Entered: 12/05/2014) |
| 12/08/2014 | 242 | ORDER AND FINAL JUDGMENT: Signed by District Judge Todd J. Campbell on 12/8/14. (DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)(afs) (Entered: 12/08/2014) |

| | | |
|---|---|---|
| 12/08/2014 | | Minute Entry for proceedings held before District Judge Todd J. Campbell: Settlement Hearing held on 12/8/2014. (Court Reporter Cathy Leigh.) (afs) (Entered: 12/08/2014) |
| 05/06/2015 | | CASE FILE DESTROYED ON THIS DATE. (ds) (Entered: 05/06/2015) |
| 07/02/2015 | 243 | MOTION for Release of Funds *and for Order of Distribution* by Agfeed Investor Group. (Attachments: # 1 Attachment Memorandum in Support, # 2 Exhibit A - Thurin Decl., # 3 Attachment Exhibit A to Thurin Decl., # 4 Attachment Exhibit B to Thurin Decl., # 5 Attachment Exhibit C to Thurin Decl., # 6 Attachment Proposed Order)(Bramlett, Paul) (Entered: 07/02/2015) |
| 07/02/2015 | 244 | AMENDED DOCUMENT by Agfeed Investor Group. Amendment to 243 MOTION for Release of Funds *and for Order of Distribution - Amended Attachment - Exhibit A to Thurin Decl.*. (Bramlett, Paul) (Entered: 07/02/2015) |
| 07/06/2015 | 245 | NOTICE of Filing by Agfeed Investor Group *CORRECTED EXHIBIT TO THURIN AFFIDAVIT IN SUPPORT OF MEMORANDUM OF LAW AND MOTION FOR DISTRIBUTION OF FUNDS* (Attachments: # 1 Exhibit B-CORRECTED EXHIBIT-PART 1, # 2 Exhibit B-CORRECTED EXHIBIT-PART 2)(Bramlett, Paul) (Entered: 07/06/2015) |
| 07/21/2015 | 246 | ORDER APPROVING DISTRIBUTION OF NET SETTLEMENT FUND. Signed by District Judge Todd J. Campbell on 7/21/15. (DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)(afs) (Entered: 07/21/2015) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 09/10/2019 11:53:37 | | |
| **PACER Login:** | jaredschneider:4817244:0 | **Client Code:** FREDSXX-JS |
| **Description:** | Docket Report | **Search Criteria:** 3:11-cv-00992 |
| **Billable Pages:** | 30 | **Cost:** 3.00 |