**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

THEODORE J. ZALLER, Individually and on
Behalf of All Others Similarly Situated,

                Plaintiff,

    v.

FRED'S INC., MICHAEL K. BLOOM,
WALGREENS BOOTS ALLIANCE, INC.,
STEFANO PESSINA and GEORGE R.
FAIRWEATHER,

                Defendants.

Civil Action No.  2:19-cv-02415

---

**DEFENDANT FRED'S INC.'S
SUGGESTION OF BANKRUPTCY AND NOTICE OF STAY**

---

Defendant Fred's Inc. ("Fred's") hereby files this notice that a Chapter 11 Bankruptcy Petition was filed on its behalf in the United States Bankruptcy Court, District of Delaware, on September 9, 2019, under case no. 19-11984-CSS.

Pursuant to section 362(a) of the Bankruptcy Code, 11 U.S.C. § 362(a), the Debtor's filing of the Voluntary Petition operates as a stay of, among other things:  (a) the commencement or continuation of all judicial, administrative, or other actions or proceedings against the Debtor (i) that were or could have been commenced before the commencement of the bankruptcy action (ii) to recover any claims against the Debtor that arose before the commencement of the bankruptcy proceeding; (b) the enforcement, against the Debtor or against any property of the Debtor's bankruptcy estate, of a judgment obtained before the commencement of the Debtor's

DEFENDANT FRED'S INC.'S SUGGESTION OF BANKRUPTCY AND NOTICE OF STAY      1

case; or (c) any act to obtain possession of property of or from the Debtor's bankruptcy estate, or to exercise control over property of the Debtor's bankruptcy estate.

This pleading merely serves the limited purpose of advising the Court and parties of record of the aforementioned bankruptcy proceeding.

Dated: September 10, 2019

Respectfully submitted,

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ

s/ Bradley E. Trammell
Bradley E. Trammell (TN 13980)
W. Preston Battle IV (TN 35044)
165 Madison Avenue, Suite 2000
Memphis Tennessee  38103
Telephone:  901-577-2121
Facsimile:  901-577-2303
Email:  btrammell@bakerdonelson.com
Email:  pbattle@bakerdonelson.com

*Counsel for Defendants Fred's, Inc. and Michael K. Bloom*

AKIN GUMP STRAUSS HAUER & FELD LLP
M. Scott Barnard (*pro hac vice*)
Texas State Bar No. 24001690
Michelle Reed (*pro hac vice*)
Texas State Bar No. 24041758
Erin Brewer (*pro hac vice* to be submitted)
Texas State Bar. No. 24106963
2300 N. Field Street, Suite 1800
Dallas, Texas  75201
Telephone:  (214) 969-2800
Facsimile:  (214) 969-4343
Email:  sbarnard@akingump.com
Email:  mreed@akingump.com
Email:  erin.brewer@akingump.com

*Of Counsel*

DEFENDANT FRED'S INC.'S SUGGESTION OF BANKRUPTCY AND NOTICE OF STAY        2

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of September, 2019, I filed the foregoing document using the Court's CM/ECF filing system, which will automatically send e-mail notification of such filing to the following individual or counsel of record:

Paul Kent Bramlett (TN 7387)
Robert Preston Bramlett (TN 25895)
BRAMLETT LAW OFFICES
40 Burton Hills Blvd., Suite 200
P.O. Box 150734
Nashville, TN  37214
Tel: (615) 248-2828
PKNASHLAW@aol.com
Robert@BramlettLawOffices.com

Joshua M. Lifshitz
LIFSHITZ & MILLER LLP
821 Franklin Ave, Suite 209
Garden City, NY  11530
Tel: (516) 493-9780
jml@jlclasslaw.com

*Attorneys for Plaintiff*

Jonathan D. Polkes (NY 2015527)
Caroline Hickey Zalka (NY 4263448)
767 Fifth Avenue
New York, NY  10153
Tel: (212) 310-8000
Fax: (212) 310-8007
jonathan.polkes@weil.com
caroline.zalka@weil.com

*Attorneys for Defendants Walgreens Boots Alliance, Inc., Stefano Pessina, and George R. Fairweather*

Britt K. Latham (TN 23149)
Margaret V. Dodson (TN 35115)
BASS, BERRY & SIMS, PLC
150 Third Avenue, South, Suite 2800
Nashville, TN  37201
Tel: (615) 742-7762
blatham@bassberry.com
margaret.dodson@bassberry.com

Michael P. Kapellas (TN 33379)
BASS, BERRY & SIMS, PLC
The Tower at Peabody Place
100 Peabody Place, Suite 1300
Memphis, TN  38103
Tel: (901) 543-5900
mkapellas@bassberry.com

*Local Counsel*

s/ Bradley E. Trammell

**DEFENDANT FRED'S INC.'S SUGGESTION OF BANKRUPTCY AND NOTICE OF STAY**          **3**