# EXHIBIT  2

Case 2:19-cv-02415-SHL-atc   Document 71-3   Filed 02/18/20   Page 2 of 2
PageID 1448
Rite Aid Down as Cap Forum Says FTC Prepares to Stop WBA Deal

# Rite Aid Down as Cap Forum Says FTC Prepares to Stop WBA Deal

**Published: Apr 19 2017 13:30:20**

By Joshua Fineman

(Bloomberg) -- FTC is deposing company executives, seeking declarations from third parties and making plans to sue to stop Rite Aid/Walgreens deal, Capitol Forum said, citing people familiar.

- As agency lawyers prepare case, FTC staffers still talking to WBA, RAD, FRED's about an amended divestiture plan
- WBA, FRED, FTC declined to comment to Capitol Forum; RAD didn't immediately respond to requests for comment
- RAD down as much as 7.2%, most intraday since March 8; FRED down as much as 8%, most intraday since March 3
- NOTE: April 7, Walgreens Said Mulling Sale of 1,200 Stores
  to FRED: Cap Forum
- NOTE: March 30, NYPost said FTC's Maureen Ohlhausen said to
  approve drafting of legal complaint that would enable FTC to sue to block deal

To contact the reporter on this story: Joshua Fineman in New York at jfineman@bloomberg.net To contact the editors responsible for this story: Arie Shapira at ashapira3@bloomberg.net Joshua Fineman



© 2020 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Services