## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| THEODORE J. ZALLER, Individually and on Behalf of All Others Similarly Situated,[1] <br><br> Plaintiff, <br><br> v. <br><br> FRED'S, INC., MICHAEL K. BLOOM, WALGREENS BOOTS ALLIANCE, INC., STEFANO PESSINA and GEORGE R. FAIRWEATHER, <br><br> Defendants. | No. 2:19-cv-02415-SHL-atc |

## ORDER DISMISSING DEFENDANT GEORGE R. FAIRWEATHER

Before the Court is the Parties' Joint Response to the Court's Order to Clarify the Status of Defendant George R. Fairweather, (ECF No. 75), filed April 2, 2021. The Parties state that no claims are extant against Defendant Fairweather and jointly stipulate to his dismissal, pursuant to Federal Rule of Civil Procedure 41(a).

Given the Parties' stipulation, Defendant George R. Fairweather is hereby **DISMISSED** from this action with prejudice, with each party to bear its own costs.

**IT IS SO ORDERED**, this 6th day of April, 2021.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

---

[1] This action has not yet been certified as a class action.