**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| THEODORE J. ZALLER, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 2:19-cv-2415-SHL-atc |
| FRED'S, INC., MICHAEL K. BLOOM, WALGREENS BOOTS ALLIANCE, INC., STEFANO PESSINA and GEORGE R. FAIRWEATHER, | ) ) ) ) ) | |
| Defendants. | ) | |

**JUDGMENT**

**JUDGMENT BY COURT.**  This action having come before the Court on Plaintiff Theodore Zaller's Complaint, (ECF No. 1), filed June 27, 2019,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that, in accordance with this Court's Order Granting Walgreens Boots Alliance, Inc. and Stefano Pessina's Motion to Dismiss, (ECF No. 73), filed March 31, 2021, and this Court's Order Dismissing Defendant George R. Fairweather, (ECF No. 76), filed April 6, 2021, judgment is entered and all claims against these Defendants are **DISMISSED WITH PREJUDICE**.

**APPROVED:**

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE


April 6, 2021
Date