**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION AT MEMPHIS**

THEODORE K. ZALLER, Individually and
on Behalf of All Others Similarly Situated,

      Plaintiff,

v.

FRED'S, INC., MICHAEL K. BLOOM,
WALGREENS BOOTS ALLIANCE, INC.
and STEFANO PESSINA,

      Defendants.

Case No. 2:19-cv-02415-SHL-atc

## JOINT MOTION FOR PROTECTIVE ORDER

Plaintiff Theodore K. Zaller, individually and on behalf of all others similarly situated (collectively, "Plaintiffs") and Defendant Michael K. Bloom ("Defendant," or "Bloom" and together with Plaintiffs, the "Parties") hereby file this Joint Motion for Protective Order and move this Court for entry of the Agreed Protective Order to protect the confidential information that may be exchanged by the Parties during discovery as follows:

Plaintiffs have requested that Defendant produce certain documents and information that contain proprietary, confidential information. Likewise, Defendant may seek documents and information from Plaintiffs that include confidential information. The Parties acknowledge that disclosure of such Confidential Information to, or use of such Confidential Information by, any person or entity not a party to the lawsuit, or in any context outside of this lawsuit, could cause harm to the Parties. Therefore, the Parties respectfully move this Court for entry of a Protective Order in this cause. The Parties' Agreed Protective Order is attached hereto as Exhibit 1. The

Parties have consented to the form and entry of the Stipulated Confidentiality Protective Order and respectfully request that the Court approve and enter same.

Dated: August 5, 2021

Respectfully submitted,

*s/ Joshua B. Silverman (signed w/permission)*
Patrick V. Dahlstrom (pro hac vice)
Joshua B. Silverman (pro hac vice)
Jared M. Schneider (IARDC# 6318314)
POMERANTZ LLP
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Tel: (312) 377-1181
pdahlstrom@pomlaw.com
jbsilverman@pomlaw.com
jschneider@pomlaw.com

James Allison Holifield
HOLIFIELD JANICH & FERRERA, PLLC
11907 Kingston Pike, Suite 201
Knoxville, TN 37934
Tel: (865) 566-0115
aholifield@hapc-law.com

**Attorneys for Lead Plaintiffs**

*s/ Bradley E. Trammell*
Bradley E. Trammell (TN 13980)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone 901-577-2121
Facsimile: 901-577-2303
btrammell@bakerdonelson.com

AKIN GUMP STRAUSS HAUER
& FELD LLP
M. Scott Barnard (pro hac vice)
Texas State Bar No. 24001690
Michelle Reed (pro hac vice)
Texas State Bar No. 24041758
Lauren E. York (pro hac vice)
Texas State Bar No. 24098647
Jessica J. Mannon (pro hac vice)
Texas State Bar. No. 24106247
Erin Peek (pro hac vice)
Texas State Bar. No. 24116888
2300 N. Field Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
Email: sbarnard@akingump.com
Email: mreed@akingump.com
Email: lyork@akingump.com
Email: jmannon@akingump.com
Email: epeek@akingump.com

**Attorneys for Defendant Michael Bloom**

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of August, 2021, I filed the foregoing document using the Court's CM/ECF filing system, which will automatically send e-mail notification of such filing to the following individual or counsel of record:

Patrick V. Dahlstrom (pro hac vice)
Joshua B. Silverman (pro hac vice)
Jared M. Schneider (IARDC# 6318314)
POMERANTZ LLP
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Tel: (312) 377-1181
pdahlstrom@pomlaw.com
jbsilverman@pomlaw.com
jschneider@pomlaw.com

James Allison Holifield
HOLIFIELD JANICH & FERRERA, PLLC
11907 Kingston Pike, Suite 201
Knoxville, TN 37934
Tel: (865) 566-0115
aholifield@hapc-law.com

*Attorneys for Lead Plaintiff*

Paul Kent Bramlett, Esq.
BRAMLETT LAW OFFICES
P.O. Box 150734
Nashville, TN 37215
Telephone:  (615) 248-2828
Email:  pknashlaw@aol.com

Peretz Bronstein, Esq.
BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email: peretz@bgandg.com

*Attorneys for Plaintiffs*

*s/ Bradley E. Trammell*
Bradley E. Trammell