# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| THEODORE J. ZALLER, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>FRED'S INC., MICHAEL K. BLOOM, WALGREENS BOOTS ALLIANCE, INC., STEFANO PESSINA, and GEORGE R. FAIRWEATHER,<br><br>　　　　　　　　　　Defendants. | Case No. 2:19-cv-02415-SHL-atc<br><br>Hon. Sheryl H. Lipman<br>Hon. Annie T. Christoff<br><br>**CLASS ACTION** |

## PLAINTIFFS' UNOPPOSED MOTION
## FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

　　Lead Plaintiffs Gary Fielder, Herbert Ciesla, and Susan Ciesla respectfully move this Court for an Order pursuant to Rule 23(e) of the Federal Rules of Civil Procedure to finally approve the proposed Settlement, finally approve the Plan of Allocation, finally certify the Class and appoint Lead Counsel as Class Counsel, and enter the proposed Final Judgment and Order of Dismissal with Prejudice.

　　The unopposed motion is premised on the accompanying supporting memorandum of law and exhibits filed herewith, and all prior papers and proceedings in the Action. A Certificate of Consultation made pursuant to Local Rule 7.2(a)(1)(B) is also submitted herewith.

　　Dated: June 7, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Joshua B. Silverman

　　　　　　　　　　　　　　　　　　　　　　　　　POMERANTZ LLP
　　　　　　　　　　　　　　　　　　　　　　　　　Joshua B. Silverman (IARDC # 6238108)
　　　　　　　　　　　　　　　　　　　　　　　　　　　(admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　　　　Patrick V. Dahlstrom
　　　　　　　　　　　　　　　　　　　　　　　　　　　(admitted *pro hac vice*)

1

Christopher P.T. Tourek
   (admitted *pro hac vice*)
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Email: jbsilverman@pomlaw.com
      pdahlstrom@pomlaw.com
      ctourek@pomlaw.com

*Lead Counsel for Plaintiffs and the Class*

HOLIFIELD JANICH & FERRERA, PLLC
Al Holifield
Sarah R. Johnson
11907 Kingston Pike, Suite 201
Knoxville, TN 37934
Telephone: (865) 566-0115
Email: aholifield@hapc-law.com

*Liaison Counsel for Plaintiffs and the Class*

THE SCHALL LAW FIRM
Brian Schall, Esq.
Rina Restaino, Esq.
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: (424) 303-1964
Email: brian@schallfirm.com
      rina@schallfirm.com

BRONSTEIN, GEWIRTZ
& GROSSMAN, LLC
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email: peretz@bgandg.com

Joshua M. Lifshitz
Lifshitz Law Firm, P.C.
1190 Broadway
Hewlett, NY 11557
Tel: 516-493-9780

2

Fax: 516-280-7376
Email: jml@jlclasslaw.com

*Additional Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2022, a copy of the foregoing was filed electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

**POMERANTZ LLP**

By: /s/ Joshua B. Silverman
    Joshua B. Silverman

*Lead Counsel*