**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| THEODORE J. ZALLER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FRED'S INC., MICHAEL K. BLOOM, WALGREENS BOOTS ALLIANCE, INC., STEFANO PESSINA, and GEORGE R. FAIRWEATHER, <br><br> Defendants. | Case No. 2:19-cv-02415-SHL-atc <br><br> Hon. Sheryl H. Lipman <br> Hon. Annie T. Christoff <br><br><br> **CLASS ACTION** |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN AWARD OF ATTORNEYS'
FEES, REIMBURSEMENT OF EXPENSES, AND AWARDS FOR PLAINTIFFS**

Lead Plaintiffs Gary Fielder, Herbert Ciesla, and Susan Ciesla respectfully move this Court

for an Order pursuant to Rule 23(e) of the Federal Rules of Civil Procedure to approve an award

of attorneys' fees in the amount of 33 1/3% of the gross Settlement fund, *i.e.*, $2,416,333, plus

interest; approve reimbursement of expenses to Lead Counsel in the amount of $80,131.27; and

approve an award to Plaintiffs in the amount of $5,000 each to Lead Plaintiffs Gary Fielder,

Herbert Ciesla, and Susan Ciesla.

The unopposed motion is premised on the accompanying supporting memorandum of law

and exhibits filed herewith, and all prior papers and proceedings in the Action. A Certificate of

Consultation made pursuant to Local Rule 7.2(a)(1)(B) is also submitted herewith.

Dated: June 7, 2022

*/s/ Joshua B. Silverman*

POMERANTZ LLP
Joshua B. Silverman (IARDC # 6238108)
    (admitted *pro hac vice*)

1

Patrick V. Dahlstrom
    (admitted *pro hac vice*)
Christopher P.T. Tourek
    (admitted *pro hac vice*)
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Email: jbsilverman@pomlaw.com
       pdahlstrom@pomlaw.com
       ctourek@pomlaw.com

***Lead Counsel for Plaintiffs and the Class***

HOLIFIELD JANICH & FERRERA, PLLC
Al Holifield
Sarah R. Johnson
11907 Kingston Pike, Suite 201
Knoxville, TN 37934
Telephone: (865) 566-0115
Email: aholifield@hapc-law.com

***Liaison Counsel for Plaintiffs and the Class***

THE SCHALL LAW FIRM
Brian Schall, Esq.
Rina Restaino, Esq.
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: (424) 303-1964
Email: brian@schallfirm.com
       rina@schallfirm.com

BRONSTEIN, GEWIRTZ
& GROSSMAN, LLC
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email: peretz@bgandg.com

Joshua M. Lifshitz
Lifshitz Law Firm, P.C.
1190 Broadway
Hewlett, NY 11557

2

Tel: 516-493-9780
Fax: 516-280-7376
Email: jml@jlclasslaw.com


*Additional Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2022, a copy of the foregoing was filed electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

POMERANTZ LLP

By: /s/ Joshua B. Silverman
        Joshua B. Silverman

*Lead Counsel*