# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

THEODORE J. ZALLER, Individually and
on Behalf of All Others Similarly Situated,

     Plaintiff,

v.

FRED'S, INC., MICHAEL K. BLOOM,
WALGREENS BOOTS ALLIANCE, INC.,
STEFANO PESSINA and GEORGE R.
FAIRWEATHER,

     Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

No. 2:19-cv-02415-SHL-atc

## JUDGMENT

**JUDGMENT BY COURT**. This action having come before the Court on Plaintiff Lead Plaintiffs' Amended Complaint, (ECF No. 52), filed November 4, 2019,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that, in accordance with this Court's Order Granting Final Approval of Class Action Settlement, (ECF No. 105), judgment is entered, and the matter is hereby **DISMISSED**. This Court shall retain continuing exclusive jurisdiction regarding the interpretation and enforcement of the Parties' Stipulation of Settlement. Further, the funds held by the Escrow Agent remain subject to the Court's jurisdiction until the funds have been distributed or returned pursuant to the Stipulation of Settlement.

**APPROVED:**

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

July 6, 2022
Date